UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMIN GÜN SIRER,

        Plaintiff,

  v.

EMRE AKSOY,

        Defendant.

No. 1:21-cv-22280-BB

**MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Kyle Roche of the law firm of Roche Freedman LLP, 99 Park Ave. Suite 1910, New York, New York 10016, for the purposes of appearance as co-counsel on behalf of Plaintiff Emin Gün Sirer ("Plaintiff") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kyle Roche to receive electronic filings in this case, and in support thereof states as follows:

    1)    Kyle Roche is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of New York.

    2)    Movant, Velvel (Devin) Freedman, Esquire, of the law firm of Roche Freedman LLP, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that

may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3) In accordance with the local rules of this Court, Kyle Roche has made payment of this Courts $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4) Kyle Roche, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kyle Roche at email address: kyle@rcfllp.com.

WHEREFORE, Velvel (Devin) Freedman, moves this Court to enter an Order Kyle Roche, to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kyle Roche.

Dated: June 28, 2021

Respectuflly submitted,

ROCHE FREEDMAN LLP

*/s/ Devin (Velvel) Freedman*
Devin (Velvel) Freedman, Esq.
Fla. Bar ID # 99762
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
Tel: (305) 753-3675
Email: vel@rcfllp.com

*Counsel for Plaintiff, Emin Gün Sirer*