UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EMIN GÜN SIRER**, <br><br> Plaintiff, <br><br> v. <br><br> **EMRE AKSOY,** <br><br> Defendant. | **CASE NO.: 21-cv-22280** |

### UNOPPOSED MOTION OF DEFENDANT EMRE AKSOY FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND SUPPORTING MEMORANDUM OF LAW

COMES NOW the Defendant, EMRE AKSOY, by and through the undersigned counsel, and hereby moves for a thirty (30) day enlargement of time to respond to the Complaint and as grounds therefore, the Defendant AKSOY states:

1. On or about June 24, 2021, AKSOY was served with the summons and a copy of the Complaint in this action. Aksoy's response to the Complaint is due on July 15, 2021.

2. The Complaint filed by the Plaintiff contains eleven (36) averments for relief and approximately ten (10) pages of allegations.

3. Aksoy requires the requested extension to prepare his response to the Complaint. Defendant Aksoy resides full time outside of the United States and is presented with unique challenges in responding to this lawsuit so far away from his place of residence.

4. Pursuant to Local Rule 3.01(g), Defendant hereby certifies that we have conferred with opposing counsel and they have no objections to this motion.

**WHEREFORE**, the Defendant Aksoy, respectfully requests that this Court enter an order granting Aksoy a thirty (30) day extension, i.e., to and until Monday, August 16, 2021, to file and serve its response to the Complaint.

### DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Rule 6(b) of the Federal Rules of Civil Procedure provides in relevant part:

> When by these rules or by a notice given thereunder or by order of a court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action

under Rules 50(b) and (c)(2), 52(b), (d), and (e) and 60(b), except to the extent and under the conditions stated in them.

The award of the requested enlargement of time for Aksoy to file and serve a response to the Complaint constitutes a proper use of this Court's discretion. Aksoy has requested the enlargement of time prior to the service deadline specified by the Federal Rules of Civil Procedure. Aksoy requires the requested enlargement of time to properly develop and prepare a response to the Complaint. Aksoy respectfully submits that the Court's discretion is best utilized by granting the requested extension.

Respectfully Submitted,

| | |
|---|---|
| _____ | /s/ Gautier Kitchen_____ |
| ROOK ELIZABETH RINGER, ESQ. | GAUTIER KITCHEN, ESQ. |
| Florida Bar No. 1015698 | (*pro hac vice* forthcoming) |
| LENTO LAW GROUP, P.A. | Florida Bar No.: 0689793 |
| 222 San Marco Ave., Ste. "C" | THE KITCHEN LAW FIRM |
| St. Augustine, FL 32084 | 103 N. Meridian Street |
| 904.602.9400 (Office) | Tallahassee, Florida 32301 |
| 904.299.5400 (Fax) | Telephone: (850) 329-6715 |
| reringer@lentolawgroup.com | gautier@kitchen-law.com |
| *Attorney for Plaintiff* | juditch@kitchen-law.com |
| | *Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15th, 2021, a true and correct copy hereof has been furnished by ECF, and/or certified U.S. Mail to the following counsel:

ROCHE FREEDMAN LLP
Devin (Velvel) Freedman, Esq.
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
Tel: (305) 753-3675
Email: vel@rcfllp.com

Kyle Roche (*pro hac vice* forthcoming)
Joseph Delich (*pro hac vice* forthcoming)
99 Park Avenue, Suite 1910
New York, NY 10016
Email: kyle@rcfllp.com
Email: jdelich@rcfllp.com

        Respectfully Submitted,

        _____
        ROOK ELIZABETH RINGER, ESQ.
        LENTO LAW GROUP, P.A.
        *Attorney for Plaintiff*