| | | | |
|---|---|---|---|
| Yevmiye No | : D / 25912 | Tarih | : 10.08.2021 |
| İşlem Adedi/Yaprak | : 2 / 2 | Suret/Dayanak | : 0 / 0 |
| Yazı Sayfa | : 3 / 0 | Ver.Tabi Değer1 | : |
| Karşılaştırma | : 0 / 0 | Ver.Tabi Değer2 | : |
| Tercüme Sayfa Adedi | : 1,00 | Ek Karşılaştırma | : 0 |
| Ek Harç Sayfa Adedi | : 1 | NBS İşlem No | : |

| TAHSİLAT NEV'İ | ASIL ( TL ) | SURET ( TL ) | TOPLAM ( TL ) |
|---|---|---|---|
| Harç | : 34,00 | | 34,00 |
| Damga | : | | |
| Değerli Kağıt | : 80,00 | | 80,00 |
| Noter Ücreti | : 10,20 | | 10,20 |
| Yazı Ücreti | : 57,00 | | 57,00 |
| Karşılaştırma | : | | |
| Çeviri Onaylama | : 78,65 | | 78,65 |
| | | KDV: | 26,25 |
| | | NAKİT: | 286,10 |
| | | KREDİ KARTI: | 0,00 |
| | | TOPLAM : | 286,10 |



NOTERLİK MAKBUZU

Noterlik Kaşesi
ANKARA 65. NOTERLİĞİ
Tel : +903122176535
T.C. Kimlik No : 29075018574

Seri : OZ
Sıra No. : 0707828

İlgilinin
Adı ve Soyadı (Unvanı)     EMRE AKSOY
Noterlik Yevmiye No.       D / 25912 KOD:21.1 Çeviri (ONY)
Vergi Kimlik No. (*)       00000000000

| TAHSİLAT NEV'İ | Asıl için TL | Örnek için TL | TOPLAM TL |
|---|---|---|---|
| HARÇ | 34,00 | | 34,00 |
| DAMGA VERGİSİ | | | |
| DEĞ. KAĞIT BEDELİ | 80,00 | | 80,00 |
| PTT GİDERLERİ | | | |
| SAİR TAHSİLAT | 145,85 | | 145,85 |
| TOPLAM | | | 259,85 |
| KDV | | | 26,25 |
| GENEL TOPLAM | (1 Adet Yevmiye İçin) | | 286,10 |

Yalnız  İkiyüzseksenaltı Türk Lirası On Kuruş.-

Noterliğimizce alınmıştır.
10.08.2021

Mükellefe Verilir                         Mühür - İmza

Örnek No. : 7918-b        D.M.O. Basım İşl. Md. -2020



T.C.
ANKARA
65. NOTERLİĞİ
Yaşamkent Mh. 3251.Cad, Besa Nova Plaza
1/D Blok No:1 Çayyolu Çankaya/ANKARA
Tel: 0312 217 65 35 - 217 65 37

No 25912

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA,

**EMIN GÜN SIRER,**
Plaintiff,
v.

CASE NO.: 21-cv-22280

**EMRE AKSOY,**
Defendant.

## AFFIDAVIT AS TO PERSONAL JURISDICTION

Before me, the undersigned authority, a notary public, personally came and appeared Emre Aksoy who, being duly sworn, did depose and state as follows:

1. I am Emre Aksoy and I am over eighteen (18) years of age.

2. I am a resident of the sovereign nation of Turkey and reside in Ankara.

3. I had been in the state of Florida as a child and only returned once for a personal vacation as an adult on June 24 2021 and returned to my home in Turkey on July 1st 2021.

4. With respect to Florida I do not and have not:

   a. Owned any real or personal property in Florida;

   b. Have an office or designated agent in Florida;

   c. Have a Florida bank account;

   d. Have a Florida property tax listing;

   e. Registered to do business in Florida;

   f. Have any employees in the state of Florida;

   g. Carried on any business in Florida;

   h. Earned any income performing services in the state of Florida;

Seçil GÜR
ANKARA 65. NOTERLİĞİ
İmza Yetkili Katip

10 AĞUSTOS 2021



i. Committed any tortious action in the state of Florida;

j. Agreed to be subject to the jurisdiction of the state of Florida or consented to venue in Florida;

k. Breached any contracts or agreements in Florida.

Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true,

_____
Emre Aksoy

Effective August 9, 2021.



10 AGUSTOS 2021

AMERİKA BİRLEŞİK DEVLETLERİ
GÜNEY FLORİDA BÖLGE
MAHKEMESİ

EMİN GÜN SIRER,
Davacı,
v.

DOSYA NO.: 21-cv-22280

EMRE AKSOY,
Davalı.

## ŞAHSİ YARGILAMAYA İLİŞKİN YAZILI İFADE

Usulüne uygun olarak yemin etmiş bulunan Emre Aksoy, aşağıda imzası bulunan yetkili noter olarak şahsım huzuruna bizzat gelmiş ve aşağıdaki gibi beyanda bulunmuştur:

1. Adım Emre Aksoy ve on sekiz (18) yaşın üzerindeyim.

2. Bağımsız Türkiye milletinin bir sakiniyim ve Ankara'da ikamet etmekteyim.

3. Florida eyaletinde çocukken bulundum ve yalnızca 24 Haziran 2021 tarihinde yetişkin olarak şahsi tatilim için Florida'ya tekrar gittim, sonrasında 1 Temmuz 2021 tarihinde ise Türkiye'deki evime geri döndüm.

4. Florida ile ilgili olarak:

    a. Florida'da herhangi bir gayrimenkulum veya şahsi bir mülkiyetim yoktur;

    b. Florida'da bir ofisim veya acentem yoktur;

    c. Florida'da herhangi bir banka hesabım bulunmamaktadır;

    d. Florida emlak vergisi listesinde adım yer almamaktadır;

    e. Florida'da iş yapmak için kaydım yoktur;

    f. Florida eyaletinde herhangi bir çalışanım yoktur;

    g. Florida'da herhangi bir iş yapmadım, şu anda da yapmamaktayım;

No 25912

h. Florida eyaletinde hizmet vererek herhangi bir gelir elde etmedim, şu anda da etmemekteyim;

i. Florida eyaletinde herhangi bir haksız fiilde bulunmadım;

j. Florida eyaletinde herhangi bir yargıya tabi olmayı kabul etmedim veya Florida'da bir yargı yeri için izin vermedim;

k. Florida'da herhangi bir sözleşme veya anlaşmayı ihlal etmedim.

Yalancı şahitlik cezaları çerçevesinde, yukarıdaki yazılı beyanı okuduğumu ve belirtilen hususların doğru olduğunu beyan ederim,

Emre Aksoy

9 Ağustos 2021 tarihinde tasdik edilmiştir.

Seçil GÜR
ANKARA 65. NOTERLİĞİ
İmza Yetkili Katip

10 AĞUSTOS 2021

TAŞ ALİ KOÇER
İvedik OSB Mh. 1392 Cd. 1/27
Yenimahalle / ANKARA
Tel: +90 312 394 30 83
www.iyogsantercume.com
info@iyogsantercume.com
Ulus V.D. 12223514752

Tercüme Edilmek Üzere Bana Verilen İngilizce Dilinde Fotokopi ☐ ASIL ☒ E-posta ☐ Fax ☐ Belgeyi Türkçe dilini Tam ve Doğru Olarak Çevirdiğimi Beyan Ederim
Tercüman Tuğba AKKAYA

Bu tercümenin, Noterliğimiz yeminli tercümanı Tuğba AKKAYA tarafından İngilizce Türkçe tercüme edildiğini onaylarım.