**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| EMIN GÜN SIRER,<br><br>              Plaintiff,<br><br>      v.<br><br>EMRE AKSOY,<br><br>              Defendant. | No. 1:21-cv-22280-BB |

### UNOPPOSED MOTION OF PLAINTIFF EMIN GÜN SIRER FOR AN EXTENSION OF TIME TO OPPOSE THE MOTION TO DISMISS

Plaintiff, Emin Gün Sirer, by and through the undersigned counsel, respectfully moves for an extension of time to oppose Defendant Emre Aksoy's motion to dismiss.

1. On or about June 24, 2021, Aksoy was served with the summons and a copy of the Complaint in this action.

2. On August 17, 2021, Aksoy filed a motion to dismiss.

3. Federal Rule of Civil Procedure 6(b) provides that the Court may grant an extension of time for good cause. Good cause exists here because Plaintiff consented to an additional thirty days for Defendant to respond to the Complaint, Defendant's motion raises a number of legal issues, and counsel for Plaintiff has several prior commitments, both professional and personal, including certain religious holidays.

4. Pursuant to S.D. Fla. Local Rule 7.1, counsel for Plaintiff conferred with counsel for Defendant and Defendant does not oppose the relief requested.

**WHEREFORE**, the Plaintiff, Emin Gün Sirer, respectfully requests that this Court enter an order granting Sirer an extension of time up to and including Friday, September 17, 2021, to file and serve his opposition to the motion to dismiss.

Dated: August 18, 2021

Respectfully submitted,

ROCHE FREEDMAN LLP

*/s/ Devin (Velvel) Freedman*
Devin (Velvel) Freedman, Esq.
Fla. Bar ID # 99762
200 S. Biscayne Blvd.
Suite 5500 Miami, Florida 33131
Tel: (305) 753-3675
Email: vel@rcfllp.com

Kyle W. Roche, Esq.
*Admitted Pro Hac Vice*
Joseph Delich, Esq.
*Admitted Pro Hac Vice*
99 Park Ave. Suite 1910
New York, New York 10016
Tel: (646) 970-7509
Email: kyle@rcfllp.com
Email: jdelich@rcfllp.com

*Counsel for Plaintiff, Emin Gün Sirer*

## CERTIFICATE OF SERVICE

I, Velvel (Devin) Freedman certify that on August 18, 2021, a true and correct copy hereof has been furnished by ECF to the following counsel:

| | |
|---|---|
| ROOK ELIZABETH RINGER, ESQ.<br>Florida Bar No. 1015698<br>LENTO LAW GROUP, P.A.<br>222 San Marco Ave., Ste. "C"St.<br>Augustine, FL 32084<br>904.602.9400 (Office)<br>904.299.5400 (Fax)<br>reringer@lentolawgroup.com<br>*Attorney for Defendant* | GAUTIER KITCHEN, ESQ.<br>Florida Bar No.: 0689793<br>THE KITCHEN LAW FIRM<br>103 N. Meridian Street<br>Tallahassee, Florida 32301<br>Telephone: (850) 329-6715<br>gautier@kitchen-law.com<br>juditch@kitchen-law.com<br>*Attorney for Defendant* |

*/s/ Velvel (Devin) Freedman*
Velvel (Devin) Freedman