UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-22280-BLOOM/Otazo-Reyes**

EMIN GÜN SIRER,

     Plaintiff,

v.

EMRE AKSOY,

     Defendant.

_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On October 25, 2021, the Court denied Defendant's Motion to Dismiss, ECF No. [16], and ordered Defendant to file his Answer to the Complaint, no later than November 1, 2021. ECF No. [23] ("Order"). To date, Defendant has failed to timely answer or to request additional time in which to do so. Accordingly, it is **ORDERED AND ADJUDGED** that

1.     Defendant must file his answer to the Complaint by or before **November 8, 2021**.

2.     If Defendant fails to file an answer to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **November 15, 2021**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address or addresses to which it was sent. Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to Defendant.

Case No. 21-cv-22280-BLOOM/Otazo-Reyes

      3.      The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on November 2, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record