UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-CIV-22280 BLOOM/OTAZO-REYES

EMIN GÜN SIRER,

    *Plaintiff*,

v.

EMRE AKSOY,

    *Defendant.*

## PLAINTIFF'S MOTION FOR SANCTIONS

Plaintiff Emin Gün Sirer ("Sirer"), through the undersigned counsel, respectfully submits his Motion for Sanctions, and accompanying memorandum of law in support thereof, requesting an order of sanctions against Defendant Emre Aksoy ("Aksoy") in the form of an entry of default and an award of attorneys' fees and costs pursuant to Federal Rules of Civil Procedure 37(b)-(d) and 26(g), as a result of Defendant's non-compliance with the Orders of this Court and violation of his discovery obligations under the Federal Rules of Civil Procedure.

Dated: June 21, 2022

Sincerely,

/s/  Devin (Velvel) Freedman
Devin (Velvel) Freedman
Fla. Bar ID # 99762
**ROCHE FREEDMAN LLP**
One SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 753-3675
Email: vel@rochefreedman.com

Kyle W. Roche
Jordana Haviv
Maya S. Jumper
**ROCHE FREEDMAN LLP**

99 Park Avenue, 19th Floor
New York, NY 10016
Tel: (646) 350-0527
Email: kyle@rochefreedman.com
       jhaviv@rochefreedman.com
       mjumper@rochefreedman.com

*Counsel for Plaintiff Emin Gün Sirer*