# EXHIBIT B

**Subject:** Re: Sirer v. Aksoy - Meet and Confer
**Date:** Friday, March 25, 2022 at 3:13:12 PM Eastern Daylight Time
**From:** Maya Jumper
**To:** Gautier Kitchen, Jordana Haviv, Jeremy Reynolds
**CC:** Kyle Roche, Velvel Freedman, reringer@lentolawgroup.com

Mr. Kitchen,

We have not received Defendant's amended and signed responses to Plaintiff's First Set of Interrogatories or RFPs, which were due to Plaintiff yesterday (March 24) pursuant to Judge Otazo-Reyes' order. If we do not receive Defendant's amended and signed responses by close of business today, we will raise the issue with the Court next week. We are available to meet and confer this afternoon, if necessary.

Additionally, we anticipate receipt of your client's availability for a deposition in May by close of business today, as agreed to by the Parties during the March 18 meet and confer.

Regards,
Maya

---

**From:** Maya Jumper <mjumper@rochefreedman.com>
**Date:** Monday, March 21, 2022 at 8:37 AM
**To:** Gautier Kitchen <gautier@kitchen-law.com>, Jordana Haviv <jhaviv@rochefreedman.com>, Jeremy Reynolds <tannis11@gmail.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>, Velvel Freedman <vel@rochefreedman.com>, reringer@lentolawgroup.com <reringer@lentolawgroup.com>
**Subject:** Re: Sirer v. Aksoy - Meet and Confer

Mr. Kitchen,

Thank you for a productive meet and confer on March 18. As discussed during the Parties' telephonic conference, the Parties have reached agreement on the following:

1. In response to Judge Otazo-Reyes' Order concerning RFP Nos. 3 and 5, the Parties agree that Defendant will produce social media posts as Bates-stamped, PDF files that reflect the entirety of each relevant post made by Defendant, and any comments/replies thereto, including the time and date of each post, where available.

2. Defendant agrees to conduct reasonable searches of all personal email accounts and text messages for communications and documents referencing Plaintiff, Plaintiff's cryptoasset (AVAX) and cryptocurrency platform (AVA and Avalanche), and this lawsuit. Plaintiff anticipates production of all non-privileged documents responsive to these searches on a rolling basis, to be completed by no later than March 29, unless an extension is otherwise requested by Defendant and agreed to by Plaintiff.

3. In response to RFP Nos. 1, 2 and 9, Defendant agrees to produce all communications and documents between Defendant and any other person relating to the alleged defamatory statements or this Action, barring any assertion of privilege. Additionally, Defendant will produce the videos referenced in his response to RFP No. 2, with metadata (i.e., the date the videos were created, modified, transmitted, deleted or otherwise manipulated by any user), to the extent

    possible.

4. Should Defendant maintain his objection to production in response to RFP No. 7, Plaintiff will seek additional information from Defendant in support of his objection to establish that the contents of responsive documents fall within the Court's definition of a trade secret.

5. With respect to Interrogatory No. 5, Defendant agrees to make reasonable efforts to identify the "exclusive followers" referenced in his response to Interrogatory No. 5 and provide all ascertainable identifying information.

6. Defendant will produce his amended and signed Interrogatory and RFP responses by the March 24 deadline set by Judge Otazo-Reyes, unless a one-day extension is requested by Defendant and agreed to by Plaintiff.

You also confirmed that Defendant has been made aware of his document preservation obligations and is complying with those obligations. Additionally, you agreed to send us dates of availability for Mr. Aksoy's deposition in May by Friday, March 25. We'll look out for those.

Regards,
Maya

---

**From:** Gautier Kitchen <gautier@kitchen-law.com>
**Date:** Thursday, March 10, 2022 at 3:01 PM
**To:** Jordana Haviv <jhaviv@rochefreedman.com>, Jeremy Reynolds <tannis11@gmail.com>, Maya Jumper <mjumper@rochefreedman.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>, Velvel Freedman <vel@rochefreedman.com>, reringer@lentolawgroup.com <reringer@lentolawgroup.com>
**Subject:** Re: Sirer v. Aksoy - Discovery Requests

**[EXTERNAL SENDER]**

Thank you!

Sent from my Verizon, Samsung Galaxy smartphone
Get [Outlook for Android](#)

---

**From:** Maya Jumper <mjumper@rochefreedman.com>
**Sent:** Thursday, March 10, 2022 2:58:57 PM
**To:** Gautier Kitchen <gautier@kitchen-law.com>; Jordana Haviv <jhaviv@rochefreedman.com>; Jeremy Reynolds <tannis11@gmail.com>
**Cc:** Kyle Roche <kyle@rochefreedman.com>; Velvel Freedman <vel@rochefreedman.com>; reringer@lentolawgroup.com <reringer@lentolawgroup.com>
**Subject:** Re: Sirer v. Aksoy - Discovery Requests

The Court will circulate a conference dial-in once we've filed the Notice of Hearing (which we intend to file shortly).