# EXHIBIT C

**Subject:**     Sirer v. Aksoy, Case No. 21-CV-22280 - Request to meet and confer

**Date:**        Thursday, May 19, 2022 at 10:07:44 AM Eastern Daylight Time

**From:**       Maya Jumper

**To:**           emre.aksoy@me.com

**CC:**          Kyle Roche, Jordana Haviv

**Attachments:** 2022-05-04 Order on Amended Motion to Withdraw [ECF No. 50].pdf

Mr. Aksoy,

We are counsel for Plaintiff Emin Gun Sirer in the U.S. court action, *Sirer v. Aksoy*, Case No. 21 Civ. 22280.

On May 4, 2022, Judge Bloom mailed you copies of the May 4 Order on Amended Motion to Withdraw [ECF No. 50] (also attached) requiring you to "either retain counsel or notify the Court of [your] intention to proceed pro se" by May 16, 2022. Additionally, the Order instructed that "[f]ailure by Defendant to comply will result in appropriate sanctions, including the entry of default." To date, no entry has been made by newly retained counsel for Defendant and no notice has been filed indicating that you are proceeding under self-representation.

Further, as we informed your prior counsel in numerous letters and emails, you have not complied with your discovery obligations related to this case pursuant to the Federal Rules of Civil Procedure, the Local Rules of the Southern District of Florida, and the Court's March 14, 2022 Order [ECF No. 35].

We write in an attempt to meet and confer with you prior to filing a motion for default in this matter. We are available this Friday (5/20), next Monday (5/23) and Tuesday (5/24) between 2pm-4pm ET to confer. Please let us know when you are available for a call. If we do not receive a response from you by next Tuesday (5/24), we will proceed with our application for default.

We understand this to be your email address based on prior communications in this case but have also sent a copy of this correspondence via expedited mail to the following address provided by your prior counsel:

Mr. Emre Aksoy
Mutlukent Mah 1921
Cad. No: 21
Ankara,Turkey


Regards,

**Maya S. Jumper**
Associate
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(t) (646) 970-7524
(@) mjumper@rochefreedman.com