# EXHIBIT D

| | |
|---|---|
| **Subject:** | Sirer v. Aksoy, Case No. 21 Civ. 22280 - Deposition |
| **Date:** | Tuesday, May 31, 2022 at 7:42:53 PM Eastern Daylight Time |
| **From:** | Maya Jumper |
| **To:** | emre.aksoy@me.com |
| **CC:** | Kyle Roche, Jordana Haviv, Velvel Freedman |
| **Attachments:** | 2022.04.05 Notice of Deposition - Emre Aksoy.pdf |

Mr. Aksoy,

On April 5, 2022, counsel for Plaintiff served your prior counsel with the attached Notice of Deposition, scheduling your remote video deposition for May 25, 2022. Your prior counsel confirmed on two occasions that you were provided with a copy of the Notice of Deposition and/or informed of your deposition date and your obligation to appear.

We write in an attempt to inquire whether you intend to appear for your deposition in this matter. If so, please provide an alternate date during the week of June 6 for your rescheduled remote deposition.

Regards,

**Maya S. Jumper**
Associate
Roche Freedman LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(t) (646) 970-7524
(@) mjumper@rochefreedman.com