# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-22280-BLOOM/Otazo-Reyes

EMIN GÜN SIRER,

    Plaintiff,

v.

EMRE AKSOY,

    Defendant.

_____/

### ORDER AWARDING REASONABLE ATTORNEYS' FEES

**THIS CAUSE** is before the Court upon Plaintiff Emin Gün Sirer's ("Plaintiff") Notice of Reasonable Attorney's Fees, ECF No. [59] ("Notice"), filed pursuant to Court's Order on Motion for Sanctions, ECF No. [55] ("Order"). In the Order, the Court granted Plaintiff's request for sanctions, in pertinent part, ordering Defendant to reimburse Plaintiff for his reasonable fees incurred with respect to Defendant's failure to comply with the First Discovery Order and failure to attend his deposition. *See* ECF No. [55] at 11. Plaintiff timely filed the Notice, which the Court has carefully reviewed within the applicable framework. *See Norman v. Housing Auth. of City of Montgomery*, 836 F.2d 1292, 1292 (11th Cir. 1988) ("For decades the law in this circuit has been that [t]he court . . . is itself an expert on the question and may consider its own knowledge and experience concerning reasonable and proper fees . . . .").

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall recover a total of **$45,213.50** from Defendant.

Case No. 21-cv-22280-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 15, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Emre Aksoy
Mutlukent Mah 1921
Cad. No: 21
Ankara
Turkey

2