UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22280-BLOOM/Otazo-Reyes

EMIN GÜN SIRER,

    Plaintiff,

v.

EMRE AKSOY,

    Defendant.

_____/

**ORDER ON MOTION TO FILE SELECT PORTIONS
OF PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT UNDER SEAL**

**THIS CAUSE** is before the Court upon Plaintiff Emin Gün Sirer's ("Plaintiff") Motion to File Select Portions of Plaintiff's Motion for Default Final Judgement Under Seal, ECF No. [63] ("Motion"). The Court has considered the Motion and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [63]**, is **GRANTED** as follows:

1. Plaintiff may file unredacted copies of **ECF Nos. [64], [64-3], and [64-8]** under seal.

2. The documents shall remain under seal until further order of the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 7, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of record

Emre Aksoy
Mutlukent Mah 1921
Cad. No: 21
Ankara
Turkey