**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| EMIN GÜN SIRER,<br><br>    *Plaintiff,*<br><br>v.<br><br>EMRE AKSOY<br><br>    *Defendant*. | Case No.: 21-CV-22280 (BB) |

**PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINE TO APPEAR FOR CALENDAR CALL**

    Plaintiff Emin Gün Sirer, for good cause, respectfully requests a one-day extension of the deadline to appear at calendar call set forth in the Court's October 17, 2022 Order ("Order on Default Judgment Procedure").

    Due to observation of the Shemini Atzeret and Simchat Torah Jewish holidays, lead counsel for Plaintiff, Devyn (Velvel) Freedman is unable to appear in Court on October 18, 2022. Because we mistakenly thought that the trial-related dates from the Court's scheduling order [ECF No. 51] were held in abeyance pending resolution of the default motion [ECF No. 64], we failed to raise the conflict earlier. We sincerely apologize to the Court for this oversight. Accordingly, Plaintiff respectfully requests an extension until Wednesday, October 19, 2022—or until a convenient date for the Court—to appear at calendar call in the above-captioned matter. A proposed order is attached hereto as Exhibit A.

**CERTIFICATION**

    On October 17, 2022 at 2:30pm, counsel for Plaintiff sent an email to Defendant Aksoy by email requesting to meet and confer regarding Plaintiff's requested extension. Defendant did not respond to Plaintiff's request to meet and confer prior to Plaintiff's filing of this request.

I hereby certify that, in accordance with Local Rule 7.1(a)(3), Plaintiff made reasonable efforts to confer with Defendant through the aforementioned email but has been unable to confer because Defendant has not yet responded. Given the time-sensitive nature of Plaintiff's requested extension, Plaintiff is filing the motion with the Court without delay but will update the Court upon receipt of a response from Defendant.

Dated: October 17, 2022

>*/s/ Constantine P. Economides*
>Constantine P. Economides, Esq.
>**ROCHE FREEDMAN LLP**
>Fla. Bar ID # 118177
>One SE 3rd Avenue, Suite 1240
>Miami, FL 33131
>Tel: (305) 851-5997
>Email: ceconomides@rochefreedman.com
>
>Devin (Velvel) Freedman
>Fla. Bar ID # 99762
>**ROCHE FREEDMAN LLP**
>One SE 3rd Avenue, Suite 1240
>Miami, FL 33131
>Tel: (305) 753-3675
>Email: vel@rochefreedman.com
>
>*Counsel for Plaintiff Emin Gün Sirer*