UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-CV-22280 BLOOM/OTAZO-REYES

EMIN GÜN SIRER,

    Plaintiff,

v.

EMRE AKSOY,

    Defendant.

_____/

**PLAINTIFF'S MOTION TO ADJOURN HEARING**

Plaintiff Emin Gün Sirer, for good cause, respectfully requests to adjourn the date of the hearing set forth in the Court's October 19, 2022 Order Scheduling Trial and Order of Instructions Before Calendar Call, (ECF No. 76)—which is currently scheduled for January 17, 2023—until February 7, 2023, or until a later date that is convenient for the Court.

Due to previously scheduled overseas travel, Plaintiff is not able to appear on January 17, 2023 and provide testimony. Accordingly, Plaintiff respectfully requests an adjournment of the hearing until February 7, 2023, or until a later date that is convenient for the Court. A proposed order is attached hereto as Exhibit A.

**CERTIFICATION**

On December 6, 2022 at 3:19 p.m., counsel for Plaintiff sent an email to Defendant Aksoy by email requesting to meet and confer regarding Plaintiff's requested adjournment. Defendant did not respond to Plaintiff's request to meet and confer prior to Plaintiff's filing of this request.

I hereby certify that, in accordance with Local Rule 7.1(a)(3), Plaintiff made reasonable efforts to confer with Defendant through the aforementioned email but has been unable to confer because Defendant has not responded.

Dated: December 9, 2022

    Justin Sher (*pro hac vice*)
    Justin Gunnell (*pro hac vice*)
    Wesley Erdelack (*pro hac vice*)
    **SHER TREMONTE LLP**
    90 Broad St., 23rd Floor
    New York, NY 10004
    Tel: (212) 202-2600
    Email: jsher@shertremonte.com
    Email: jgunnell@shertremonte.com
    Email: werdelack@shertremonte.com

    */s/Devin(Velve) Freedom*
    Devin (Velvel) Freedman
    Fla. Bar ID # 99762
    **FREEDMAN NORMAND FRIEDLAND LLP**
    One SE 3rd Avenue, Suite 1240
    Miami, FL 33131
    Tel: (305) 753-3675
    Email: vel@fnf.law

    *Counsel for Plaintiff Emin Gün Sirer*