# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 21-CIV-22280 BLOOM/OTAZO-REYES

EMIN GÜN SIRER,

      Plaintiff,

v.

EMRE AKSOY,

      Defendant.

_____/

## **PLAINTIFF'S WITNESS LIST**

Plaintiff Emin Gun Sirer intends to call the following witnesses at the February 13, 2023 evidentiary hearing in this matter:

1. In person -- Emin Gün Sirer (1 hour direct)
2. In person -- Halil Yenigün (1 hour direct)
3. In person -- Sanjay Unni (2 hours direct)

Plaintiff reserves all rights to call additional witnesses as may be necessary.

Dated:  February 10, 2023

<div style="margin-left:40%">

Justin Sher (*pro hac vice*)
Justin Gunnell (*pro hac vice*)
Wesley Erdelack (*pro hac vice*)
**SHER TREMONTE LLP**
90 Broad St., 23rd Floor
New York, NY 10004
Tel: (212) 202-2600
Email: jsher@shertremonte.com
Email: jgunnell@shertremonte.com
Email: werdelack@shertremonte.com

*/s/ Matthew P. Leto*
Matthew Leto
Fla. Bar ID # 014504
**LETO LAW FIRM**
201 South Biscayne Blvd., Suite 2700
Miami, FL 33131
Tel: (305) 341-3155
Fax: (305) 397-1168
Email: mleto@letolawfirm.com

</div>

*Counsel for Plaintiff Emin Gün Sirer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2023, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/ Matthew P. Leto*
Matthew Leto