# EXHIBIT 1

# HALIL YENIGUN

223 COLONNADE DR APT 21, CHARLOTTESVILLE, VA 22903
• (434) 227-3928 • yenigun@virginia.edu • <u>yenigun.me</u>

## Education

| | | |
|---|---|---|
| PhD | University of Virginia, Department of Politics, Political Theory Program | August 2013 |
| MA | Texas Tech University, Department of Political Science | May 2003 |
| BA | Boğaziçi University, Department of Political Science & International Relations *Double Major in Sociology* *Graduated with Honor Degree* | June 2000 |

## Professional Appointments

**Middle East Studies Association (MESA) Global Fellow**  2021-2022

**Lecturer**

San Jose State University, Department of Political Science  2019-2022
Stanford University, Department of History  2019-2020
University of California, Berkeley, Department of Sociology  2019-2020

**Visiting Postdoctoral Scholar**
Stanford University, Stanford Global Studies Division (SGS), The Abbasi Program in Islamic Studies, Stanford, CA  2017-2019

**Postdoctoral Fellow**
Forum Transregionale Studien, Europe in the Middle East-the Middle East in Europe (EUME) Program, Berlin, Germany  2016-2017

**Visiting Professor**
The University of Paris VIII, Department of Political Science  November 2016

**Research Fellow**
Sabanci University, Istanbul Policy Center, (Project on the Middle East and Arab Spring (POMEAS), Istanbul, Turkey  2014-2016

**Assistant Professor of Political Theory**
Istanbul Commerce University, Department of Political Science & International Relations, Istanbul, Turkey  2014-2016
*Dismissed during the persecution of Academics for Peace in Turkey in February 2016*

**Research Assistant and Undergraduate Advisor** Istanbul Commerce University, Department of International Relations  2011-2014

**Middle East Relations Officer**
United Cities and Local Governments, Middle East and Western Asia (UCLG-MEWA), Istanbul, Turkey  2011

**Reference Librarian**
University of Virginia, Alderman Library, Charlottesville, Virginia  2004-2010

Visiting Scholar
 American University in Cairo (AUC), Middle East Studies Center, Cairo, Egypt  2007-2008

## Research and Teaching Interests

Political Theory (Political Ontology, Ethics, Comparative Political Theory, Contemporary Muslim Political Thought, Political Theology, Democratic Theory)

Comparative Politics (Middle East Politics, Turkish and Arab Islamist Movements, Democratization, Turkish Politics and Democracy, Islam & Democracy)

Introductory Courses on American Government, Political Science, Comparative Politics, International Studies

## Publications

### Works in Progress

**Book Manuscript:** Revision of the dissertation project on contemporary Muslim reformist political thought and its approach to democracy.

### Refereed Journal Articles

"The New Antinomies of Islamic Movement in the Post-Gezi Turkey: Islamism *vs.* Muslimism." *Turkish Studies* 18, no. 2 (2017): 229-250. http://dx.doi.org/10.1080/14683849.2016.1262768

"The Political and Theological Boundaries of Islamist Moderation after the Arab Spring." *Third World Quarterly* 37, no. 12 (2016): 2304-2321. http://dx.doi.org/10.1080/01436597.2016.1227683

"Marx's Justice? Tracing the 'Ethical' in Marx's Thought." *Human & Society* 3, no. 6 (2013): 305-322. http://dx.doi.org/10.12658/human.society.3.6.M0085

"Muslims and the Media after 9/11: A Muslim Discourse in the American Media?" *The American Journal of Islamic Social Sciences (AJISS)* 21, no. 3 (2004): 39-69.

### Encyclopedia Entry:

"Religious Traditions in Politics: Islam, Sunni, and Shi'a." Oxford Research Encyclopedia of Politics. Edited by Mark Rozell. Oxford, UK: Oxford University Press. 30 Oct. 2019; https://oxfordre.com/politics/view/10.1093/acrefore/9780190228637.001.0001/acrefore-9780190228637-e-1746.

### Refereed Articles in Edited Volumes

"Turkey as "Model" of Muslim Authoritarianism? In *Routledge Handbook of Illiberalism* edited by Sajo Andraas, Renata Uitz, and Stephen Holmes, 840-857. New York: Routledge, 2021.

"The Rise and Demise of Civilizational Thinking in Contemporary Muslim Political Thought." In *Debates on Civilization in the Muslim World: Critical Perspectives on Islam and Modernity*, edited by Lütfi Sunar, 195-225. New Delhi: Oxford University Press, 2017.

### Refereed Journal Articles and Book Chapters in Turkish

"Siyaset Teorisinde Yeni Ontolojik ve Teolojik Tahayyüller ve Demokrasi" [New Ontological and Theological Imaginaries in Political Theory and Democracy]. *Dîvân* 18, no. 34 (2013/1): 1-48.

"Siyaset Etiği: Siyasetin Ahlâkı, Ahlâkın Siyaseti veya Ahlâkın Siyasette İmkânları" [Political Ethics: The Ethics of the Political, The Politics of Ethics, or The Possibilities for Ethics in Politics]. In *Güncel Yaklaşımlar Işığında Etik [Ethics in the Light of Current Approaches],* edited by Rana Atabay and Oykü Iyigun, 95-115. Istanbul: Beta, 2015.

### Selected Opinion Pieces

"A Muslim Counter-Hegemony?: Turkey's Soft Power Strategies and Islamophobia." with Sinem Adar. Jadaliyya. May 6, 2019. In Turkish: "Türkiye'nin yumuşak güç stratejileri ve İslamofobi meselesi." Duvar. May 18, 2019.

"A Response to Criticisms from the Center for Islam and Global Affairs on Turkey's Soft Power Strategies." Jadaliyya. July 25, 2019.

"Tunisi's Dream, Erdogan's Nightmare." openDemocracy. May 29, 2017.

### Selected Research-Related Magazine Articles and Commentaries

"Turkish Islamism in the Post-Gezi Park Era." *AJISS* 31, no. 1 (2014): 140-154.

"İktidarın Soykütükleri: Devlet Mitosu" [Genealogies of Power: The Mythos of State]. *Nida* no. 178 (November-December 2016): 50-59.

"Hayreddin Karaman'la 'Laik Düzende Dini Yaşamak' yahut Siyaset Fıkhının Sınırları" ['Practicing Islam in a Secular Order' with Hayreddin Karaman, or the Limits of Political Jurisprudence]. *Birikim, Monthly Socialist Cultural Magazine* no. 303-304 (June-July 2014): 203-210.

### Selected Research-Related Interviews (in Turkish-Web links available on website)

"Halil İbrahim Yenigün: 'İslam'da reformizm ana akım olamadı'" ['Reformism in Islam could not be the mainstream']. Interview by Filiz Gazi. GazeteDuvar. October 29, 2020.

"شریعتی در ترکیه" ["Shariati in Turkey"]. Interview by Fatemeh Masjedi. Aasoo (in Persian). June 26, 2020.

"Türkiye Gençliği Sekülerleşiyor mu? Halil İbrahim Yenigün Yanıtladı" [Are Turkish youth getting secularized? Halil Ibrahim Yenigün Answers]. Interview by Bahar Kilinc. Sivil Sayfalar. March 12, 2018.

"Halil İbrahim Yenigün ile Türkiye İslamcılığı ve Seyyid Kutub Yorgunluğu" [Turkish Islamism and Sayyid Qutb Fatigue]. Interview by Fatih Bütün. *Nida* no. 173 December 2015: 20-30.

"Halil İbrahim Yenigün ile Islah İhya ve Tecdid Bağlamında Öze Dönüş Üzerine" [An Interview with Halil Ibrahim Yenigun on "Back to the Sources" Discourse in the Context of Reform, Revival, and Renewal]. Interview by Fatih Bütün. *Nida* no. 162 December 2013-January 2014: 32-46.

"Seyyid Kutub İslâm Dünyasını Nasıl Etkiledi?" [How did Sayyid Qutb influence the Islamic World?] Interview by Mehmet Erken. Dünyabizim. September 5, 2014.

"Siyasal İslâm Hüsran Getirdi" [Political Islam brought about disappointment]. Interview by Umut Yavuz. *Yeni Asya,* March 14-16, 2010.

## *Selected Book Reviews*

*Islamic Liberation Theology: Resisting the Empire* (Hamid Dabashi) *AJISS* 27, no. 3 (2010): 100-102.

*On Shifting Ground: Muslim Women in the Global Era* (ed. Fereshteh Nouraie-Simone) *The Virginia Quarterly Review,* Summer 2006: 263-264.

*Essential History: Jacques Derrida and The Development of Deconstruction* (by Joshua Kates) *The Virginia Quarterly Review,* Summer 2006: 268-269.

*Crucial Images in the Presentation of a Kurdish Identity: Heroes and Patriots, Traitors and Foes* (by Martin Strohmeier) *AJISS* 22, no. 1 (2005): 105-107.

## Teaching and Advising Experience

### San Jose State University, Department of Political Science
| | |
|---|---|
| American Politics in a Global Perspective (4 semesters) | Fall, Spring, Summer 2019, 2020, 2021 |
| War & Peace | Fall -Spring 2019, 2020, 2021 |
| Essentials of US and CA Government | Fall 2021 |

### Stanford University, Department of History
| | |
|---|---|
| Contemporary Muslim Political Thought | Fall 2019 |
| Formation of the Contemporary Middle East | Winter 2020 |
| The Road to Global Jihad: From Radical Networks to Militant Islamism | Spring 2020 |

### University of California, Berkeley, Department of Sociology
| | |
|---|---|
| Contemporary Muslim Political Thought (graduate level) | Fall 2019 |
| Sociology of the Middle East (graduate level) | Spring 2020 |

### Stanford University, Abbasi Program in Islamic Studies
| | |
|---|---|
| Contemporary Muslim Political Thought | Spring 2018, 2019 |

### Istanbul Commerce University, Department of Political Science and International Relations
Ethics (2 semesters in Turkish)
Political Philosophy (2 semesters, 3 sections - in Turkish)
Introduction to Political Philosophy (1 semester - in English)
Introduction to Political Science (2 semesters - in English)
The Middle East in World Politics (2 semesters - in Turkish)                                2014-2016

### Istanbul Commerce University, African Studies Master's Program
Seminar on the Middle East Politics                                Spring 2015

### Association for Scientific Studies (ILEM), Specialized Seminars on Selected Topics
Contemporary Muslim Political Thought (22 week program)                                2014-2016

### Association for Scientific Studies (ILEM), Undergraduate Seminars on Selected Topics
Introduction to Contemporary Muslim Political Thought
(10 week program)     2013-2016

### Istanbul Commerce University, Department of International Relations
Undergraduate Advisor                                2011-2014

**University of Virginia, Department of Politics**
**Teaching Assistant** Introduction to Political Theory, Modern Political Theory    2004-2010

**Texas Tech University, Department of Political Science**
**Graduate Instructor** American Government and Politics    Summer 2003
**Teaching Assistant** American Government and Politics, American Public Policy    2001-2003

## Invited Lectures on my Research

"Turkey as a 'Model' of Muslim Authoritarianism?" with Marlene Laruelle, Institute for Middle Eastern Studies, the George Washington University, Washington, DC, January 27,2022.

"Whither 'Islamic Democracy' Project? The Reign of Muslim Populism over Democracy," University of Bern, Bern, Switzerland, May 19, 2022.

"Religiosities and Religious Regimes," Lectures on Contemporary Turkey: Anatomy of a Political Regime, Online Lecture Series, co-organized by Off-University and HU Blickwechsel: Contemporary Turkey Studies, a Program by Stiftung Mercator, July 8, 2020.

"'Islamic Democracy" Arrested? Resistance to Authoritarian Transition in Turkey," Rapoport Center for Human Rights and Justice, School of Law, University of Texas, Austin, TX, April 24, 2019.

"Reading Sayyid Qutb in Kemalist Turkey," Forum Transregionale Studien, Berliner Seminar, Berlin, Germany, July 12, 2017.

"The July 15 Failed Coup and the Demise of 'Islamic Democracy' in Turkey," Forum Transregionale Studien, Berliner Seminar, Berlin, Germany, October 19, 2016.

"The New Antinomies of the Islamic Movement in Post-Gezi Turkey: Islamism vs. Muslimism," Critical Turkish Studies, Lecture Series at the Turkish Studies Institute, Universität, Duisburg-Essen, Germany, June 21, 2017.

"Whatever Happened to Turkish Islamists? Islamists and Tribulations of Power," Die Veranstaltung ist Teil der Vorlesungsreihe "What went wrong in Turkey?" Centrum für Nah- und Mittelost-Studien (CNMS), Philipps Universität, Marburg, Germany, May 22, 2017.

"Between Liberation Theology and Will to Power: Reflections on Islamist Political Thought," Carolina Center for the Study of the Middle East and Muslim Civilizations, The University of North Carolina at Chapel Hill, Chapel Hill, NC, April 20, 2016.

"The Idea of Social Justice in the Contemporary Muslim Political Thought," Third Center for Scientific Studies (ILEM) Summer School, Konya, Turkey, August 1-5, 2015.

" الإسلامية والقومية في تركيا: جينيالوجيا من العلاقات القلقة " [Islamism and Nationalism in Turkey: The Genealogy of an Uneasy Relationship], Hamisch Syrian Cultural House, Istanbul, Turkey, July 22, 2015.

"Contemporary Muslim Political Thought: The Ethical Dimension," Second ILEM Summer School, Istanbul, August 23-29, 2014.

"Fazlur Rahman and His Project on Islamic Modernism," Minval Student Association, Istanbul Şehir University, May 20, 2014.

"The Political Ontology of Islamic Democracy," given at BISAV, Istanbul, October 23, 2013.

"Intellectual Transformations and Dynamics in the post-1967 Arab World," BISAV Summer School 2011, Istanbul, July 4, 2011.

## Conference and Workshop Activity

### Conferences Organized

Conference Co-Chair: International Conference on Islamism in the Post-Arab Spring World, IDE, Istanbul Turkey, October 24-26, 2014.

### Papers Presented

"Global Academic Solidarity Five Years after the Academics for Peace Petition," in Panel: Global Academy Workshop - Repercussions of Displacement in the Academy and Beyond, presented at the 2021 Middle East Studies Association (MESA) Annual Meeting (virtual), December 1, 2021.

"Islamic Reform Gone Awry? Afghani's Theological Colonization of Nahda's Ethical Reform," in Panel: Tensions in Islamic Legal Reform and Renewal, presented at the 2020 MESA Annual Meeting (virtual), October 8, 2020.

"Afghani's Civilization or Tunisi's Road not Taken," In Panel: Religion and the Democratic State, presented at the 2020 American Political Science Association (APSA) Annual Meeting (virtual), September 12, 2020.

"Engaged Academics and Peace Activism during Turbulent Times: The Case of Turkey's 'Academics for Peace,'" presented at the 2019 Annual Meeting of Comparative and International Education Society (CIES), San Francisco, CA, April 18, 2019.

"Founding an 'Ethically-Based Social Order on Earth': Ethics as the First Philosophy in Fazlur Rahman," presented at the 2019 Annual Meeting of Society for the Study of Muslim Ethics (SSME), Louisville, Kentucky, January 3-6, 2019.

"Tunisi, Good Government, and Overcoming Non-Authenticity of Democracy" In Panel: Comparative and Global Political Thought, presented at the 2018 American Political Science Association (APSA) Annual Meeting, Boston, MA, August 30-September 2, 2018.

"Islamic Democracy or Democracy for Muslims?" presented at the "Islam and Democracy Conference," Middle East Institute at Sakarya University, Sakarya, Turkey, November 27, 2015.

"The New Antinomies of Islamic Movement in the Post-Gezi Turkey: Islamism vs. Muslimism," presented at the BRISMES/EURAMES Joint Annual Conference 2015, London School of Economics, London, UK, June 26, 2015.

"The Political Ontology of Liberal Islam: A Critique of Contemporary Islamic Democracy Theories," presented at the Middle East Studies Association (MESA) 2014 Annual Meeting, Washington, DC, November 22, 2014.

"The Rise and Demise of Civilizational Thinking in Contemporary Muslim Political Thought," presented at the APSA 2014 Annual Meeting, Washington, DC, August 30, 2014.

"New Youth Movements in Turkey and Egypt: A New 'Islamism from Below' or New Social Actors of Democratic Development?" Origins and Effects of (Post-) Arab Spring on the Middle East and North Africa, Istanbul Şehir University and Turkish Foreign Ministry Center for Strategic Studies (SAM), January 5-7, 2014.

"Fazlur Rahman as a Political Thinker: Transition to the Liberal Mood in Contemporary Muslim Political Thought," presented at the 71st Midwest Political Science Association (MPSA) Annual Conference, Chicago, IL, April 11-15, 2013.

"The Current Relevance of Qutbian Political Thought and Political Ontological Analysis," presented at the International Academic Conference on the Middle East, Mardin Artuklu University, Mardin, Turkey, November 16-18, 2012.

"Current Democratic Theory and Contemporary Liberal Muslim Thinkers' Democracy," presented at the 2012 Annual Convention of Association for Liberal Thinking (LDT), Kapadokya, Turkey, November 2-4, 2012.

"Political Ontological Analysis for Comparative Political Theory: al-Afghani and Ontopolitical Reform," presented at the 70th MPSA Annual Conference, Chicago, IL, April 12-16, 2012.

"Islamism and Nationalism in Turkey: An Uneasy Relationship" presented at Issues of Ethnicity and Identity in Contemporary Turkey section of Eighth Annual World Convention of the Association for the Study of Nationalities (ASN), New York, NY, April 3-5, 2003.

### Workshops, Roundtables and Special Sessions at Academic Conferences

Workshop Participant: "Political Pluralism in the Middle East & North Africa: A Next Generation Dialogue," The Hollings Center for International Dialogue, Tunis, November 16-19, 2017.

"Is there a foreseeable end in the radicalization and reproduction of Islamist Ideas and Policies?," Sixth German-Turkish Roundtable on International Affairs (GTRT) 2015: Interventions of the West in Muslim Countries, German Institute for International and Security Affairs, Berlin, Germany, November 5-6, 2015.

"Islamism against Muslimism, Justice against Power," International Conference on Islamism in the Post-Arab Spring World, IDE, Istanbul, October 24-26, 2014.

### Paper Discussant

Panel: "Geostrategic Alignments and Middle and Great Power Rivalry in the Middle East," 70th MPSA Annual Convention, Chicago, IL, April 7, 2022.

**Roundtable Chair:** "New Directions in Necropolitics," MESA 2020 Annual Meeting (virtual), October 7, 2020.

"'Ne mutlu ateistim diyene.' Contemporary Discourses on Atheism in Turkey," MESA 2018 Annual Meeting, San Antonio, TX, November 16, 2018.

"Provincializing Political Theory: Islamic Intellectuals and the Production of Knowledge in Turkey," MESA 2017 Annual Meeting, Washington, DC, November 20, 2017.

"Locating Political Theory: Merging of Western Intellectual Traditions with Islamic Thought," MESA 2014 Annual Meeting, Washington, DC, November 23, 2014.

"Orta Doğu'da İslamcı Siyaset: Değişim Sürecinde Müslüman Kardeşler ve Nahda" [Islamist Politics in the Middle East: Muslim Brotherhood and Ennahda in an Era of Transformation], ILKE Association, Istanbul, December 29, 2012.

## Honors and Awards

### Post-doctoral Fellowship                                                                 2017-2019
Abbasi Program in Islamic Studies at Stanford University, Stanford, CA.

**Post-doctoral Fellowship** 2016-2017
Europe in the Middle East—the Middle East in Europe (EUME) Post-doctoral Fellowship at the Forum Transregionale Studien, Berlin, Germany.

**Malone & Gallatin Graduate Overseas Research Fellowship** 2007-2008
Office of the Vice-President for Research and Graduate Studies, University of Virginia, for dissertation research in Cairo, Egypt.

**Lassen & Hallen Lee Fellowship** University of Virginia 2007

**Spicer Fellowship** University of Virginia 2007

**University of Virginia, GSAS Fellowship for Summer Foreign Language Institute** 2006-2008
Granted for Arabic language study in Cairo, Egypt. Summer Semesters.

**Best Graduate Paper Award, Second Position** 2002
AMSS Annual Convention, American University, Washington, DC.

## Professional Affiliations

American Political Science Association (APSA) — 2001-Present
Midwest Political Science Association (MPSA) — 2006-Present
Association for Political Theory (APT) — 2018-Present
Middle East Studies Association (MESA) — 2009-Present
American Academy of Religion (AAR) — 2017-Present
Society for the Study of Muslim Ethics (SSME) — 2018-Present

## Professional and University Service

**University Bologna Coordinator,** Istanbul Commerce University (ICU) — 2015-2016

**Faculty Erasmus Coordinator,** ICU, Faculty of Commercial Sciences — 2013-2015

**Editorial Board Member,** *New Middle Eastern Studies*, University of Leicester — 2017-Present

**Managing Editor,** *American Journal of Islam and Society* — 2006-2010

**Regular Peer-Reviewer,** *Third World Quarterly; Politics, Religion & Ideology; International Journal of Middle East Studies; British Journal of Middle East Studie; British Journal of Political Theory; Democratization; Modern Intellectual History; Turkish Studies*; *New Perspectives on Turkey*; *Human & Society; American Journal of Islam and Society.* — 2004-Present

## Languages

**English**: Fluent (long-term US resident with regular research and professional use)
**Turkish:** Native
**Arabic:** Advanced Reading and Listening, Intermediate Speaking and Writing
**German:** Intermediate
**Ottoman Turkish:** Literate

## Community Service

**Istanbul Think-House (İstanbul Düşünce Evi-İDE)**
Co-Founder and General Coordinator, Uskudar, Istanbul, Turkey, 2013-2016.

## Lectures, Interviews and Commentaries on Current Events

### *Invited Lecture and Panel Participation on Turkey*

"Displaced Scholars: Push and Pull Factors," Guelph Institute of Development Studies, November 22, 2021.

"Global Dialogues Series: Scholar Rescue at Stanford" with Larry Diamond, James King, and Nicholas Opiyo, Stanford Global Studies, November 3, 2021.

"'Cultural Revolution' and the Demise of Islamic Democracy: The Case of the Great Academic Purge," in "The Contemporary Decline of Turkish Academia: Perspectives on the Academic Purge and Brain Drain of Turkey," California State University, Dominguez Hills, March 27, 2021.

"Claiming Hagia Sophia," University of North Carolina Chapel Hill, January 25, 2021.

"The Erosion of Turkish Democracy: Webinar," World Affairs Marin Chapter, May 20, 2020.

"UCB Forum: Whither Turkey? Struggles, Setbacks, Possibilities," University of California, Berkeley, Department of Sociology, March 4, 2020.

"No Friends But The Mountains: Kurdish Rights and Turkish Democracy," Stanford University, Bechtel International Center, January 22, 2020.

"Academics for Peace & Resistance to Turkey's De-Democratization," California Kurdish Community Center, San Francisco State University, San Francisco, CA, April 3, 2019.

"New Authoritarianism and Democratic Resistance: Reflections on Turkey," Abbasi Program in Islamic Studies, CDDRL, Stanford University, April 5, 2018.

"Democratic Breakdown and the Challenge of Dissent in Turkey," Pacific University, March 8, 2018.

Stanford Bechtel International Center, International Discussion Series: "Tragedy of Democracy: Turkey and the Challenge of Dissent," November 30, 2017.

"Islamische Welt, Krieg und Demokratie," organized by Antiimperialistische Koordination (AIK), Duisburg, Germany, July 23, 2017.

"Quo Vadis, Academia?: Dissent & Solidarity across Europe, the Middle East, the United States," Abbasi Center 2017 Annual Conference: "Understanding Turkey: Vision, Revision, and the Future," Stanford, CA, April 28-29, 2017.

"Shrinking Space for Dissent: Social Movements and the securitization of the public sphere" at the Conference on Turkey and the Middle East Crisis: What's the Price of Stability?, Dublin City University, Dublin, Ireland, March 24, 2017.

"The Price of Dissent: Turkey's Academic Purges and the Shrinking University Space," Hagop Kevorkian Center for Near Eastern Studies, New York University, New York, March 21, 2017.

"La répression en Turquie et les mobilisations actuelles. Autour des « Universitaires pour la Paix », et au-delà." Université Paris 8, Paris, France, November 17, 2016.

"Intellectuals, Peace Activism and the Turkish State," University of Virginia, Department of Politics, Charlottesville, VA, June 29, 2016.

"Peace Activism in Tumultuous Times: Islamist Politics and the Kurdish Question in Turkey," University of Central Florida, Department of Political Science, Kurdish Political Studies Program, Orlando, FL, May 23, 2016.

"Intellectuals and State: Personal and Scholarly Reflections On Turkish Democracy," The Sohbet-i Osmani Lecture Series at Harvard University, The Center for Middle Eastern Studies, Cambridge, MA, April 22, 2016.

### *Interviews\**

*Occasional Commentator on Medyascope TV, Artı TV, and other independent news outlets that defend free press in Turkey.

"ABD'de Müslümanlar'ın Trump-Biden seçimine yaklaşımları: Halil İbrahim Yenigün ile söyleşi" [Muslims' attitudes towards Trump-Biden in the U.S. Elections]. Alphan Telek. Medyascope TV. November 7, 2020.

"İslamcılığın Karşı-Hegemonya olarak Yeni Yüzü" [The New Face of Islamism as a Counter-Hegemony." Erkan Saka. Sosyal Kafa TV. April 5, 2020.

"İslam adına siyaset yapanlar Kemalizme çok veryansın etti; ama tahribatı Kemalizmi fersah fersah geçti" [Amidst their Kemalism-bashing, the damage of those who pursue politics in the name of Islam has far exceeded Kemalism]. T24. July 29, 2019.

"Kürt Olsaydım PKK'ye Sözüm Olurdu Demek" [What it means to say if I were a Kurd, I would have a word with PKK]. Peyama Kurd. April 24, 2019.

"Türkiye'de Modern Devlet İnşası Tutmadı" [Modern-State Building did not take root in Turkey]. Interview by Umur Yedikardeş. Ahval News. April 1, 2018. (For its English summary: "Islamisation of Turkey could lead to backlash" Ahval News. April 9, 2018.)

"Has democracy failed in Turkey? One scholar, activist shares his story" Stanford Global Perspectives Blog. March 7, 2018.

"Yaşadığımız İktidarın Kişiselleşmesini Aşan Bir Kurum İmhası" [What we are going through is an institutional destruction that goes well beyond personalization of power]. Interview by Faruk Akhan. *Liber+* no. 14 March-April 2017: 37-45

"Warum Halil Yenigün in der Türkei keine Zukunft mehr hat" [Why Halil Yenigün has no future in Turkey any more]. Interview by Amory Burchard. *Der Tagesspiegel,* August 26, 2016.

### *Other Selected Opinion Pieces and Commentaries*

"Haklılığı Türk Oluşundan Gelene, Savaşa Karşı Barış Derdinizi Anlatmak" [Speaking of Peace against War to whom his Turkishness is his Righteousness]. Emek ve Adalet Platformu. January 24, 2018.

"Her bildiri bütün taraflara konuşur mu?" [Does every petition speak to all sides?] Gazete Duvar*.* December 11, 2017.

"Olağanüstü Hâllerde Lig Düşmek yahut İki Yüz Yıllık Aranın Sonu" [Demotion under the State of Emergency or the End of a 200 Year Interval]. Gazete Duvar. March 1, 2017.

"Belki de Sandıkta Son Defa Denebilecek bir 'Hayır'" [To Say 'No' in a Ballot Box, Perhaps for the Last Time]. GazeteDuvar. March 2, 2017.

# References

**Dr. Stephen White**, Dissertation Advisor-Professor
Woodrow Wilson Department of Politics
University of Virginia
1540 Jefferson Park Ave
Charlottesville, VA, 22904
Phone: (434) 924-3681
Email: skw2n@virginia.edu

**Dr. William Quandt**, Edward R. Stettinius Professor of Politics, Emeritus
Woodrow Wilson Department of Politics
University of Virginia
Phone: (434) 242-7887
Email: wbq8f@virginia.edu

**Dr. Ali Yaycioglu**, Associate Professor of History
Department of History
Stanford University
450 Serra Mall
Stanford, CA 94305
Phone: (650) 723-3609
Email: ayayciog@stanford.edu

**Dr. Gunes Murat Tezcur** Jalal Talabani Chair of Kurdish Political Studies & Professor
Department of Political Science
University of Central Florida
Orlando, FL 32816
Phone: (773) 390-6683
Email: tezcur@ucf.edu