# EXHIBIT 2

**Exhibit 1**
**Identification of Competitor Tokens**

|              | Ticker | 21Shares [1] | Trading Education [2] | MacroAxis [3] | Crypto&Fire [4] | CoinCu [5] | Total References |
|---|---|---|---|---|---|---|---|
| Solana       | SOL    | 1 | 1 | 1 |   | 1 | 4 |
| Polkadot     | DOT    | 1 | 1 |   |   | 1 | 3 |
| Cardano      | ADA    |   | 1 |   | 1 | 1 | 3 |
| Terra        | LUNA1  |   | 1 | 1 |   |   | 2 |
| Cosmos       | ATOM   |   |   |   | 1 | 1 | 2 |
| Polygon      | MATIC  | 1 |   |   |   |   | 1 |
| Tether       | USDT   |   |   | 1 |   |   | 1 |
| XRP          | XRP    |   |   | 1 |   |   | 1 |
| Fantom       | FTM    | 1 |   |   |   |   | 1 |
| Biance Coin  | BNB    |   |   |   | 1 |   | 1 |

[1] 21Shares (https://21shares.com/research/avalanche-research-primer/) AG operates as a financial technology company. The Company creates financial on-ramps crypto assets and develops crypto exchange traded products with crypto indices that track a single and baskets of crypto currencies, as well as makes investment in crypto currencies. 21Shares serves customers in Europe.

[2] Trading-education.com (https://trading-education.com/pros-and-cons-of-buying-avalanche-coin) is a leading financial news and investing site, providing millions of individual investors with access to free crypto & stock picks, forex trading, investment research, and in-depth crypto and stock price predictions and forecasts. Thanks to our expert analysts, Trading Education publishes insightful articles on every corner of the financial market — from forex and stocks to cryptos and active online trading.

[3] Macroaxis (https://www.macroaxis.com/competition/AVAX.CC) is a small fintech company from San Francisco. It helps investors of all levels and skills to achieve their personal financial goals by combining evolving financial engineering innovations, solid portfolio theories, a robust optimization framework, and a very affordable digital investment advisory service. Macroaxis is a very sophisticated yet simple to use personalized wealth optimization service built for self-guided, socially responsible investors.

[4] CryptoandFire or "Crypto and Fire" (https://cryptoandfire.com/avalanche-crypto-review-avax/) is a blog authored by CryptoFIRE about building income streams through investing in traditional assets, cryptocurrencies, blogging, optimizing taxes by going Digital Nomad and using the right Credit Cards to help people reach Financial Independence.

[5] CoinCu (https://news.coincu.com/28278-avalanche-avax/) is the world's leading price-tracking website for crypto assets. Its objective is to make cryptocurrency more accessible and efficient around the world by providing retail customers with unbiased, high-quality, and reliable information from which they may reach their own informed conclusions.