# EXHIBIT 3

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | | Returns | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | | AVAX | SOL | DOT | ADA | LUNA1 | ATOM |
| 1/1/2021 | 3.66 | 1.84 | 8.31 | 0.18 | 0.65 | 5.87 | | | | | | | |
| 1/2/2021 | 3.49 | 1.80 | 9.21 | 0.18 | 0.63 | 5.41 | | -4.76% | -2.20% | 10.28% | 1.19% | -2.81% | -8.16% |
| 1/3/2021 | 3.47 | 2.16 | 10.03 | 0.21 | 0.66 | 5.81 | | -0.57% | 18.23% | 8.53% | 14.46% | 4.72% | 7.13% |
| 1/4/2021 | 3.59 | 2.49 | 9.47 | 0.22 | 0.67 | 6.00 | | 3.40% | 14.22% | -5.75% | 9.22% | 1.25% | 3.22% |
| 1/5/2021 | 4.24 | 2.16 | 9.70 | 0.26 | 0.72 | 6.22 | | 16.64% | -14.22% | 2.40% | 13.89% | 6.71% | 3.60% |
| 1/6/2021 | 4.62 | 1.93 | 10.10 | 0.33 | 0.72 | 6.68 | | 8.58% | -11.26% | 4.04% | 25.07% | -0.07% | 7.13% |
| 1/7/2021 | 4.48 | 2.37 | 9.64 | 0.30 | 0.86 | 6.28 | | -3.08% | 20.54% | -4.66% | -10.11% | 18.18% | -6.17% |
| 1/8/2021 | 5.80 | 3.22 | 9.31 | 0.31 | 0.85 | 5.95 | | 25.82% | 30.65% | -3.48% | 1.85% | -0.75% | -5.40% |
| 1/9/2021 | 7.22 | 3.39 | 9.78 | 0.33 | 0.82 | 6.54 | | 21.90% | 5.14% | 4.93% | 8.59% | -4.02% | 9.45% |
| 1/10/2021 | 6.59 | 3.47 | 9.31 | 0.30 | 0.85 | 6.43 | | -9.13% | 2.33% | -4.93% | -8.82% | 3.37% | -1.70% |
| 1/11/2021 | 6.49 | 3.11 | 8.28 | 0.28 | 0.74 | 5.72 | | -1.53% | -10.95% | -11.72% | -10.14% | -13.46% | -11.70% |
| 1/12/2021 | 7.78 | 3.61 | 8.26 | 0.29 | 0.75 | 5.70 | | 18.13% | 14.91% | -0.24% | 4.09% | 1.15% | -0.35% |
| 1/13/2021 | 8.47 | 3.51 | 10.96 | 0.31 | 0.82 | 6.22 | | 8.50% | -2.81% | 28.28% | 8.86% | 9.23% | 8.73% |
| 1/14/2021 | 9.26 | 3.28 | 14.54 | 0.31 | 0.83 | 6.44 | | 8.92% | -6.78% | 28.27% | -1.03% | 1.21% | 3.48% |
| 1/15/2021 | 9.38 | 3.25 | 13.21 | 0.30 | 0.79 | 7.94 | | 1.29% | -0.92% | -9.59% | -2.58% | -4.88% | 20.94% |
| 1/16/2021 | 12.88 | 3.45 | 18.18 | 0.35 | 0.76 | 9.03 | | 31.71% | 5.97% | 31.93% | 15.27% | -3.90% | 12.86% |
| 1/17/2021 | 13.20 | 3.82 | 16.98 | 0.38 | 0.81 | 8.51 | | 2.45% | 10.19% | -6.83% | 7.51% | 5.84% | -5.93% |
| 1/18/2021 | 12.70 | 3.80 | 16.51 | 0.37 | 0.80 | 9.49 | | -3.86% | -0.52% | -2.81% | -2.26% | -0.93% | 10.90% |
| 1/19/2021 | 11.79 | 3.64 | 16.47 | 0.37 | 0.91 | 8.98 | | -7.44% | -4.30% | -0.24% | -0.62% | 12.96% | -5.52% |
| 1/20/2021 | 12.41 | 3.72 | 17.95 | 0.38 | 0.90 | 8.90 | | 5.13% | 2.17% | 8.60% | 1.69% | -0.64% | -0.89% |
| 1/21/2021 | 11.31 | 2.99 | 15.94 | 0.31 | 0.80 | 7.15 | | -9.28% | -21.85% | -11.88% | -19.08% | -12.78% | -21.89% |
| 1/22/2021 | 12.72 | 3.35 | 17.16 | 0.35 | 0.81 | 8.01 | | 11.75% | 11.37% | 7.37% | 11.96% | 2.11% | 11.36% |
| 1/23/2021 | 12.88 | 3.50 | 18.60 | 0.35 | 0.90 | 8.31 | | 1.25% | 4.38% | 8.06% | -1.15% | 10.22% | 3.68% |
| 1/24/2021 | 12.46 | 3.63 | 18.00 | 0.35 | 0.91 | 8.24 | | -3.32% | 3.65% | -3.28% | 2.37% | 0.73% | -0.85% |
| 1/25/2021 | 12.22 | 3.70 | 17.25 | 0.34 | 0.87 | 7.76 | | -1.94% | 1.91% | -4.26% | -2.87% | -4.15% | -6.00% |
| 1/26/2021 | 12.17 | 4.05 | 17.12 | 0.34 | 1.27 | 7.72 | | -0.41% | 9.04% | -0.76% | 0.09% | 37.78% | -0.52% |
| 1/27/2021 | 11.18 | 3.69 | 15.50 | 0.31 | 1.12 | 6.99 | | -8.48% | -9.31% | -9.94% | -9.47% | -12.57% | -9.93% |
| 1/28/2021 | 12.00 | 3.82 | 16.94 | 0.35 | 1.45 | 8.13 | | 7.08% | 3.46% | 8.88% | 10.02% | 25.82% | 15.11% |
| 1/29/2021 | 11.62 | 3.83 | 16.84 | 0.35 | 1.48 | 7.98 | | -3.22% | 0.26% | -0.59% | 0.58% | 2.05% | -1.86% |
| 1/30/2021 | 11.98 | 4.22 | 16.51 | 0.36 | 1.43 | 8.05 | | 3.05% | 9.70% | -1.98% | 4.08% | -3.44% | 0.87% |
| 1/31/2021 | 13.52 | 4.26 | 16.12 | 0.34 | 1.46 | 8.14 | | 12.09% | 0.94% | -2.39% | -5.00% | 2.08% | 1.11% |
| 2/1/2021 | 13.23 | 4.61 | 16.38 | 0.40 | 1.79 | 9.21 | | -2.17% | 7.90% | 1.60% | 15.32% | 20.38% | 12.35% |
| 2/2/2021 | 13.52 | 5.27 | 17.26 | 0.43 | 2.34 | 8.90 | | 2.17% | 13.38% | 5.23% | 5.85% | 26.79% | -3.42% |
| 2/3/2021 | 14.81 | 5.72 | 20.73 | 0.44 | 2.10 | 9.28 | | 9.11% | 8.19% | 18.32% | 3.50% | -10.82% | 4.18% |
| 2/4/2021 | 15.37 | 6.43 | 19.70 | 0.44 | 2.64 | 9.19 | | 3.71% | 11.70% | -5.10% | -0.07% | 22.88% | -0.97% |
| 2/5/2021 | 17.91 | 6.68 | 20.90 | 0.54 | 2.87 | 12.16 | | 15.29% | 3.81% | 5.91% | 19.84% | 8.35% | 28.00% |
| 2/6/2021 | 17.98 | 6.11 | 20.40 | 0.63 | 2.68 | 12.02 | | 0.39% | -8.92% | -2.42% | 15.47% | -6.85% | -1.16% |
| 2/7/2021 | 24.21 | 6.70 | 19.79 | 0.66 | 3.05 | 13.92 | | 29.75% | 9.22% | -3.04% | 5.47% | 12.93% | 14.68% |
| 2/8/2021 | 30.28 | 7.88 | 23.03 | 0.68 | 5.79 | 14.24 | | 22.37% | 16.22% | 15.16% | 2.87% | 64.10% | 2.27% |
| 2/9/2021 | 31.60 | 7.82 | 23.13 | 0.70 | 6.44 | 15.09 | | 4.27% | -0.76% | 0.43% | 3.03% | 10.64% | 5.80% |

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | | Returns | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | |
| 2/10/2021 | 55.30 | 9.07 | 23.59 | 0.93 | 6.12 | 15.00 | | 55.96% | 14.83% | 1.97% | 27.94% | -5.10% | -0.60% | |
| 2/11/2021 | 47.37 | 9.22 | 25.23 | 0.93 | 5.48 | 17.78 | | -15.48% | 1.64% | 6.72% | -0.28% | -11.05% | 17.00% | |
| 2/12/2021 | 48.66 | 9.25 | 28.69 | 0.93 | 5.73 | 21.20 | | 2.69% | 0.32% | 12.85% | -0.23% | 4.46% | 17.59% | |
| 2/13/2021 | 43.79 | 8.73 | 28.02 | 0.91 | 5.59 | 20.25 | | -10.55% | -5.79% | -2.36% | -2.17% | -2.47% | -4.58% | |
| 2/14/2021 | 38.58 | 8.74 | 27.10 | 0.85 | 5.65 | 19.24 | | -12.67% | 0.11% | -3.34% | -6.54% | 1.07% | -5.12% | |
| 2/15/2021 | 38.18 | 8.86 | 27.78 | 0.86 | 5.45 | 22.46 | | -1.04% | 1.36% | 2.48% | 1.47% | -3.60% | 15.47% | |
| 2/16/2021 | 36.34 | 8.30 | 30.16 | 0.87 | 6.51 | 25.19 | | -4.94% | -6.53% | 8.22% | 1.15% | 17.77% | 11.47% | |
| 2/17/2021 | 37.05 | 8.22 | 31.99 | 0.89 | 7.30 | 23.86 | | 1.93% | -0.97% | 5.89% | 2.26% | 11.45% | -5.42% | |
| 2/18/2021 | 41.02 | 8.98 | 31.18 | 0.91 | 6.71 | 23.14 | | 10.18% | 8.84% | -2.56% | 2.57% | -8.43% | -3.06% | |
| 2/19/2021 | 38.75 | 11.47 | 34.79 | 0.93 | 6.32 | 22.87 | | -5.69% | 24.47% | 10.96% | 1.47% | -5.99% | -1.17% | |
| 2/20/2021 | 36.23 | 10.00 | 39.24 | 1.12 | 5.96 | 21.76 | | -6.72% | -13.71% | 12.04% | 18.85% | -5.86% | -4.98% | |
| 2/21/2021 | 36.15 | 11.09 | 39.70 | 1.10 | 6.12 | 21.59 | | -0.22% | 10.35% | 1.17% | -1.80% | 2.65% | -0.78% | |
| 2/22/2021 | 32.28 | 14.45 | 37.69 | 1.10 | 7.07 | 21.31 | | -11.32% | 26.47% | -5.20% | 0.00% | 14.43% | -1.31% | |
| 2/23/2021 | 27.56 | 15.20 | 34.30 | 0.95 | 6.71 | 20.13 | | -15.81% | 5.06% | -9.42% | -14.17% | -5.23% | -5.70% | |
| 2/24/2021 | 29.94 | 17.30 | 33.63 | 1.05 | 6.69 | 19.50 | | 8.28% | 12.94% | -1.97% | 9.51% | -0.30% | -3.18% | |
| 2/25/2021 | 26.74 | 13.82 | 31.08 | 1.08 | 5.96 | 17.76 | | -11.30% | -22.46% | -7.89% | 2.82% | -11.55% | -9.35% | |
| 2/26/2021 | 25.94 | 13.59 | 31.35 | 1.24 | 5.90 | 18.82 | | -3.04% | -1.68% | 0.86% | 13.82% | -1.01% | 5.80% | |
| 2/27/2021 | 25.81 | 13.20 | 33.45 | 1.32 | 5.92 | 19.17 | | -0.50% | -2.91% | 6.48% | 6.25% | 0.34% | 1.84% | |
| 2/28/2021 | 23.82 | 13.09 | 33.61 | 1.31 | 5.35 | 17.62 | | -8.02% | -0.84% | 0.48% | -0.76% | -10.12% | -8.43% | |
| 3/1/2021 | 27.40 | 14.96 | 35.58 | 1.29 | 6.75 | 18.61 | | 14.00% | 13.35% | 5.70% | -1.54% | 23.24% | 5.47% | |
| 3/2/2021 | 27.14 | 13.96 | 36.15 | 1.23 | 6.46 | 18.82 | | -0.95% | -6.92% | 1.59% | -4.76% | -4.39% | 1.12% | |
| 3/3/2021 | 27.27 | 14.12 | 37.04 | 1.22 | 7.22 | 21.44 | | 0.48% | 1.14% | 2.43% | -0.82% | 11.12% | 13.03% | |
| 3/4/2021 | 25.81 | 13.10 | 35.33 | 1.11 | 7.50 | 18.92 | | -5.50% | -7.50% | -4.73% | -9.45% | 3.80% | -12.50% | |
| 3/5/2021 | 24.38 | 12.61 | 33.72 | 1.17 | 8.49 | 18.69 | | -5.70% | -3.81% | -4.66% | 5.26% | 12.40% | -1.22% | |
| 3/6/2021 | 24.92 | 13.04 | 33.43 | 1.13 | 8.24 | 18.93 | | 2.19% | 3.35% | -0.86% | -3.48% | -2.99% | 1.28% | |
| 3/7/2021 | 26.65 | 13.88 | 35.19 | 1.13 | 8.27 | 19.49 | | 6.71% | 6.24% | 5.13% | 0.00% | 0.36% | 2.92% | |
| 3/8/2021 | 25.55 | 13.60 | 34.91 | 1.12 | 9.64 | 19.36 | | -4.22% | -2.04% | -0.80% | -0.89% | 15.33% | -0.67% | |
| 3/9/2021 | 34.25 | 14.85 | 38.19 | 1.20 | 11.71 | 21.13 | | 29.30% | 8.79% | 8.98% | 6.90% | 19.45% | 8.75% | |
| 3/10/2021 | 29.71 | 14.23 | 37.57 | 1.14 | 11.15 | 19.64 | | -14.22% | -4.26% | -1.64% | -5.13% | -4.90% | -7.31% | |
| 3/11/2021 | 30.73 | 15.99 | 36.88 | 1.12 | 10.82 | 19.29 | | 3.38% | 11.66% | -1.85% | -1.77% | -3.00% | -1.80% | |
| 3/12/2021 | 27.99 | 14.55 | 35.99 | 1.04 | 14.16 | 18.59 | | -9.34% | -9.44% | -2.44% | -7.41% | 26.90% | -3.70% | |
| 3/13/2021 | 30.91 | 15.31 | 37.16 | 1.10 | 14.59 | 19.38 | | 9.92% | 5.09% | 3.20% | 5.61% | 2.99% | 4.16% | |
| 3/14/2021 | 29.06 | 14.51 | 36.58 | 1.06 | 15.87 | 18.55 | | -6.17% | -5.37% | -1.57% | -3.70% | 8.41% | -4.38% | |
| 3/15/2021 | 29.02 | 14.19 | 34.36 | 1.03 | 16.34 | 20.04 | | -0.14% | -2.23% | -6.26% | -2.87% | 2.92% | 7.73% | |
| 3/16/2021 | 33.08 | 13.62 | 35.43 | 1.24 | 19.88 | 21.03 | | 13.09% | -4.10% | 3.07% | 18.56% | 19.61% | 4.82% | |
| 3/17/2021 | 32.65 | 14.22 | 36.14 | 1.38 | 18.59 | 20.91 | | -1.31% | 4.31% | 1.98% | 10.70% | -6.71% | -0.57% | |
| 3/18/2021 | 33.30 | 14.23 | 35.52 | 1.24 | 19.01 | 22.24 | | 1.97% | 0.07% | -1.73% | -10.70% | 2.23% | 6.17% | |
| 3/19/2021 | 37.76 | 14.20 | 38.27 | 1.30 | 20.01 | 22.29 | | 12.57% | -0.21% | 7.46% | 4.73% | 5.13% | 0.22% | |
| 3/20/2021 | 34.35 | 14.21 | 37.35 | 1.21 | 20.89 | 20.91 | | -9.46% | 0.07% | -2.43% | -7.17% | 4.30% | -6.39% | |
| 3/21/2021 | 32.81 | 14.33 | 36.79 | 1.19 | 21.98 | 20.51 | | -4.59% | 0.84% | -1.51% | -1.67% | 5.09% | -1.93% | |

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | | Returns | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | | AVAX | SOL | DOT | ADA | LUNA1 | ATOM |
| 3/22/2021 | 29.36 | 14.92 | 35.54 | 1.11 | 19.43 | 19.33 | | -11.11% | 4.03% | -3.46% | -6.96% | -12.33% | -5.93% |
| 3/23/2021 | 28.59 | 14.20 | 34.46 | 1.12 | 17.05 | 18.78 | | -2.66% | -4.95% | -3.09% | 0.90% | -13.07% | -2.89% |
| 3/24/2021 | 26.05 | 13.66 | 30.44 | 1.08 | 16.69 | 17.59 | | -9.30% | -3.88% | -12.40% | -3.64% | -2.13% | -6.55% |
| 3/25/2021 | 26.00 | 13.03 | 29.98 | 1.10 | 16.45 | 17.21 | | -0.19% | -4.72% | -1.52% | 1.83% | -1.45% | -2.18% |
| 3/26/2021 | 28.24 | 14.78 | 33.20 | 1.21 | 18.53 | 18.97 | | 8.26% | 12.60% | 10.20% | 9.53% | 11.91% | 9.74% |
| 3/27/2021 | 27.63 | 16.51 | 32.66 | 1.18 | 18.75 | 18.71 | | -2.18% | 11.07% | -1.64% | -2.51% | 1.18% | -1.38% |
| 3/28/2021 | 28.70 | 18.02 | 32.30 | 1.19 | 18.59 | 19.31 | | 3.80% | 8.75% | -1.11% | 0.84% | -0.86% | 3.16% |
| 3/29/2021 | 29.47 | 18.85 | 34.37 | 1.20 | 18.90 | 20.28 | | 2.65% | 4.50% | 6.21% | 0.84% | 1.65% | 4.90% |
| 3/30/2021 | 29.63 | 19.23 | 34.07 | 1.21 | 18.67 | 19.98 | | 0.54% | 2.00% | -0.88% | 0.83% | -1.22% | -1.49% |
| 3/31/2021 | 28.73 | 19.47 | 37.03 | 1.19 | 18.70 | 19.11 | | -3.08% | 1.24% | 8.33% | -1.67% | 0.16% | -4.45% |
| 4/1/2021 | 28.42 | 19.08 | 37.67 | 1.19 | 18.52 | 19.64 | | -1.08% | -2.02% | 1.71% | 0.00% | -0.97% | 2.74% |
| 4/2/2021 | 29.12 | 19.81 | 41.16 | 1.20 | 18.57 | 20.41 | | 2.43% | 3.75% | 8.86% | 0.84% | 0.27% | 3.85% |
| 4/3/2021 | 28.25 | 22.55 | 41.65 | 1.17 | 18.14 | 20.27 | | -3.03% | 12.95% | 1.18% | -2.53% | -2.34% | -0.69% |
| 4/4/2021 | 29.33 | 24.06 | 44.65 | 1.19 | 18.35 | 21.74 | | 3.75% | 6.48% | 6.96% | 1.69% | 1.15% | 7.00% |
| 4/5/2021 | 31.25 | 22.98 | 45.80 | 1.21 | 17.56 | 21.46 | | 6.34% | -4.59% | 2.54% | 1.67% | -4.40% | -1.30% |
| 4/6/2021 | 31.55 | 24.96 | 43.43 | 1.26 | 16.73 | 21.77 | | 0.96% | 8.27% | -5.31% | 4.05% | -4.84% | 1.43% |
| 4/7/2021 | 29.48 | 26.48 | 39.59 | 1.18 | 15.46 | 19.58 | | -6.79% | 5.91% | -9.26% | -6.56% | -7.89% | -10.60% |
| 4/8/2021 | 30.76 | 27.03 | 41.37 | 1.22 | 15.75 | 20.52 | | 4.25% | 2.06% | 4.40% | 3.33% | 1.86% | 4.69% |
| 4/9/2021 | 31.53 | 27.78 | 40.85 | 1.20 | 15.68 | 21.40 | | 2.47% | 2.74% | -1.26% | -1.65% | -0.45% | 4.20% |
| 4/10/2021 | 31.80 | 26.84 | 41.63 | 1.22 | 15.51 | 21.06 | | 0.85% | -3.44% | 1.89% | 1.65% | -1.09% | -1.60% |
| 4/11/2021 | 31.60 | 27.93 | 41.42 | 1.27 | 15.14 | 23.35 | | -0.63% | 3.98% | -0.51% | 4.02% | -2.41% | 10.32% |
| 4/12/2021 | 33.88 | 28.51 | 40.50 | 1.32 | 14.64 | 22.05 | | 6.97% | 2.06% | -2.25% | 3.86% | -3.36% | -5.73% |
| 4/13/2021 | 33.67 | 27.44 | 42.95 | 1.41 | 15.62 | 23.87 | | -0.62% | -3.83% | 5.87% | 6.60% | 6.48% | 7.93% |
| 4/14/2021 | 38.46 | 26.48 | 42.64 | 1.46 | 15.30 | 27.10 | | 13.30% | -3.56% | -0.72% | 3.48% | -2.07% | 12.69% |
| 4/15/2021 | 37.14 | 27.82 | 43.52 | 1.48 | 16.89 | 27.97 | | -3.49% | 4.94% | 2.04% | 1.36% | 9.89% | 3.16% |
| 4/16/2021 | 35.63 | 25.40 | 41.54 | 1.42 | 15.80 | 25.58 | | -4.15% | -9.10% | -4.66% | -4.14% | -6.67% | -8.93% |
| 4/17/2021 | 34.34 | 25.10 | 42.54 | 1.38 | 15.34 | 24.65 | | -3.69% | -1.19% | 2.38% | -2.86% | -2.95% | -3.70% |
| 4/18/2021 | 29.25 | 32.30 | 37.35 | 1.28 | 13.40 | 21.38 | | -16.04% | 25.22% | -13.01% | -7.52% | -13.52% | -14.23% |
| 4/19/2021 | 26.28 | 31.68 | 34.82 | 1.20 | 13.91 | 19.29 | | -10.71% | -1.94% | -7.01% | -6.45% | 3.74% | -10.29% |
| 4/20/2021 | 27.35 | 31.77 | 35.44 | 1.27 | 13.43 | 21.25 | | 3.99% | 0.28% | 1.76% | 5.67% | -3.51% | 9.68% |
| 4/21/2021 | 25.90 | 32.51 | 33.87 | 1.21 | 13.28 | 19.64 | | -5.45% | 2.30% | -4.53% | -4.84% | -1.12% | -7.88% |
| 4/22/2021 | 24.03 | 38.88 | 32.99 | 1.15 | 13.65 | 18.77 | | -7.49% | 17.89% | -2.63% | -5.09% | 2.75% | -4.53% |
| 4/23/2021 | 23.50 | 36.98 | 32.23 | 1.16 | 14.08 | 20.48 | | -2.23% | -5.01% | -2.33% | 0.87% | 3.10% | 8.72% |
| 4/24/2021 | 21.78 | 40.74 | 28.93 | 1.10 | 15.57 | 18.39 | | -7.60% | 9.68% | -10.80% | -5.31% | 10.06% | -10.76% |
| 4/25/2021 | 21.54 | 47.37 | 29.76 | 1.09 | 17.66 | 18.65 | | -1.11% | 15.08% | 2.83% | -0.91% | 12.60% | 1.40% |
| 4/26/2021 | 26.46 | 43.98 | 33.41 | 1.23 | 17.62 | 22.07 | | 20.57% | -7.43% | 11.57% | 12.08% | -0.23% | 16.84% |
| 4/27/2021 | 27.82 | 43.24 | 34.70 | 1.31 | 17.72 | 23.05 | | 5.01% | -1.70% | 3.79% | 6.30% | 0.57% | 4.34% |
| 4/28/2021 | 28.33 | 44.83 | 33.97 | 1.34 | 16.82 | 22.96 | | 1.82% | 3.61% | -2.13% | 2.26% | -5.21% | -0.39% |
| 4/29/2021 | 27.93 | 42.46 | 35.97 | 1.31 | 16.24 | 22.13 | | -1.42% | -5.43% | 5.72% | -2.26% | -3.51% | -3.68% |
| 4/30/2021 | 32.92 | 42.96 | 36.54 | 1.35 | 16.69 | 22.73 | | 16.44% | 1.17% | 1.57% | 3.01% | 2.73% | 2.68% |

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | Returns | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | AVAX | SOL | DOT | ADA | LUNA1 | ATOM |
| 5/1/2021 | 31.89 | 49.51 | 36.93 | 1.35 | 16.54 | 23.82 | -3.18% | 14.19% | 1.06% | 0.00% | -0.90% | 4.68% |
| 5/2/2021 | 31.30 | 46.89 | 36.65 | 1.33 | 17.15 | 23.10 | -1.87% | -5.44% | -0.76% | -1.49% | 3.62% | -3.07% |
| 5/3/2021 | 35.93 | 45.93 | 37.26 | 1.36 | 17.28 | 22.97 | 13.80% | -2.07% | 1.65% | 2.23% | 0.76% | -0.56% |
| 5/4/2021 | 30.36 | 42.73 | 34.85 | 1.27 | 16.34 | 21.04 | -16.84% | -7.22% | -6.69% | -6.85% | -5.59% | -8.78% |
| 5/5/2021 | 35.26 | 44.92 | 40.50 | 1.48 | 17.02 | 24.76 | 14.96% | 5.00% | 15.02% | 15.30% | 4.08% | 16.28% |
| 5/6/2021 | 37.98 | 43.46 | 41.53 | 1.65 | 16.77 | 25.53 | 7.43% | -3.30% | 2.51% | 10.87% | -1.48% | 3.06% |
| 5/7/2021 | 38.05 | 43.16 | 39.93 | 1.65 | 16.58 | 28.75 | 0.18% | -0.69% | -3.93% | 0.00% | -1.14% | 11.88% |
| 5/8/2021 | 38.32 | 45.56 | 39.83 | 1.62 | 16.98 | 29.44 | 0.71% | 5.41% | -0.25% | -1.83% | 2.38% | 2.37% |
| 5/9/2021 | 39.02 | 44.33 | 40.31 | 1.77 | 16.99 | 28.78 | 1.81% | -2.74% | 1.20% | 8.86% | 0.06% | -2.27% |
| 5/10/2021 | 34.70 | 42.91 | 36.54 | 1.64 | 15.87 | 25.34 | -11.73% | -3.26% | -9.82% | -7.63% | -6.82% | -12.73% |
| 5/11/2021 | 36.82 | 44.58 | 38.64 | 1.76 | 16.31 | 26.91 | 5.93% | 3.82% | 5.59% | 7.06% | 2.73% | 6.01% |
| 5/12/2021 | 32.02 | 42.46 | 34.03 | 1.55 | 14.48 | 22.68 | -13.97% | -4.87% | -12.70% | -12.71% | -11.90% | -17.10% |
| 5/13/2021 | 34.98 | 41.00 | 40.03 | 1.93 | 15.90 | 23.55 | 8.84% | -3.50% | 16.24% | 21.93% | 9.36% | 3.76% |
| 5/14/2021 | 36.95 | 42.72 | 47.95 | 2.00 | 16.41 | 25.77 | 5.48% | 4.11% | 18.05% | 3.56% | 3.16% | 9.01% |
| 5/15/2021 | 34.41 | 43.46 | 43.54 | 2.17 | 15.22 | 24.58 | -7.12% | 1.72% | -9.65% | 8.16% | -7.53% | -4.73% |
| 5/16/2021 | 36.52 | 47.20 | 42.63 | 2.31 | 16.18 | 24.32 | 5.95% | 8.26% | -2.11% | 6.25% | 6.12% | -1.06% |
| 5/17/2021 | 33.66 | 46.86 | 38.71 | 2.03 | 14.96 | 21.11 | -8.15% | -0.72% | -9.65% | -12.92% | -7.84% | -14.16% |
| 5/18/2021 | 36.82 | 55.91 | 40.65 | 2.00 | 15.70 | 22.82 | 8.97% | 17.66% | 4.89% | -1.49% | 4.83% | 7.79% |
| 5/19/2021 | 23.38 | 35.11 | 25.23 | 1.48 | 9.64 | 13.94 | -45.42% | -46.53% | -47.70% | -30.11% | -48.77% | -49.29% |
| 5/20/2021 | 25.20 | 44.74 | 29.15 | 1.81 | 10.41 | 17.00 | 7.50% | 24.24% | 14.44% | 20.13% | 7.68% | 19.85% |
| 5/21/2021 | 21.80 | 38.81 | 24.46 | 1.55 | 8.27 | 13.56 | -14.49% | -14.22% | -17.54% | -15.51% | -23.01% | -22.61% |
| 5/22/2021 | 18.85 | 31.32 | 22.01 | 1.46 | 6.58 | 12.24 | -14.54% | -21.44% | -10.55% | -5.98% | -22.86% | -10.24% |
| 5/23/2021 | 15.76 | 24.69 | 18.03 | 1.33 | 4.11 | 11.74 | -17.90% | -23.79% | -19.95% | -9.33% | -47.06% | -4.17% |
| 5/24/2021 | 19.41 | 31.28 | 23.20 | 1.55 | 6.59 | 14.44 | 20.83% | 23.66% | 25.21% | 15.31% | 47.21% | 20.70% |
| 5/25/2021 | 19.45 | 30.00 | 22.13 | 1.56 | 6.64 | 13.91 | 0.21% | -4.18% | -4.72% | 0.64% | 0.76% | -3.74% |
| 5/26/2021 | 20.91 | 35.54 | 24.55 | 1.78 | 7.33 | 15.26 | 7.24% | 16.95% | 10.38% | 13.19% | 9.89% | 9.26% |
| 5/27/2021 | 19.00 | 33.58 | 23.85 | 1.65 | 6.65 | 14.42 | -9.58% | -5.67% | -2.89% | -7.58% | -9.74% | -5.66% |
| 5/28/2021 | 16.73 | 29.04 | 21.41 | 1.51 | 5.90 | 12.72 | -12.72% | -14.53% | -10.79% | -8.87% | -11.97% | -12.54% |
| 5/29/2021 | 16.13 | 27.38 | 19.86 | 1.41 | 5.49 | 12.07 | -3.65% | -5.89% | -7.52% | -6.85% | -7.20% | -5.25% |
| 5/30/2021 | 16.53 | 28.60 | 20.47 | 1.58 | 6.22 | 12.59 | 2.45% | 4.36% | 3.03% | 11.38% | 12.48% | 4.22% |
| 5/31/2021 | 18.16 | 32.82 | 23.43 | 1.74 | 6.56 | 13.99 | 9.40% | 13.76% | 13.51% | 9.65% | 5.32% | 10.54% |
| 6/1/2021 | 17.77 | 30.99 | 22.81 | 1.73 | 6.30 | 13.76 | -2.17% | -5.74% | -2.68% | -0.58% | -4.04% | -1.66% |
| 6/2/2021 | 18.68 | 33.96 | 25.96 | 1.75 | 6.84 | 14.85 | 4.99% | 9.15% | 12.94% | 1.15% | 8.22% | 7.62% |
| 6/3/2021 | 20.24 | 39.47 | 27.01 | 1.84 | 7.67 | 16.64 | 8.02% | 15.04% | 3.97% | 5.01% | 11.45% | 11.38% |
| 6/4/2021 | 18.25 | 37.42 | 25.01 | 1.71 | 6.39 | 15.08 | -10.35% | -5.33% | -7.69% | -7.33% | -18.26% | -9.84% |
| 6/5/2021 | 17.25 | 39.59 | 23.82 | 1.66 | 6.06 | 14.87 | -5.64% | 5.64% | -4.88% | -2.97% | -5.30% | -1.40% |
| 6/6/2021 | 17.40 | 42.31 | 24.20 | 1.68 | 6.25 | 15.10 | 0.87% | 6.64% | 1.58% | 1.20% | 3.09% | 1.53% |
| 6/7/2021 | 15.52 | 38.26 | 21.63 | 1.56 | 5.58 | 13.41 | -11.43% | -10.06% | -11.23% | -7.41% | -11.34% | -11.87% |
| 6/8/2021 | 14.87 | 41.52 | 21.75 | 1.59 | 5.62 | 13.63 | -4.28% | 8.18% | 0.55% | 1.90% | 0.71% | 1.63% |
| 6/9/2021 | 15.39 | 42.03 | 23.18 | 1.62 | 6.02 | 13.94 | 3.44% | 1.22% | 6.37% | 1.87% | 6.88% | 2.25% |

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | Returns | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | AVAX | SOL | DOT | ADA | LUNA1 | ATOM |
| 6/10/2021 | 14.18 | 41.10 | 22.68 | 1.53 | 6.14 | 12.81 | -8.19% | -2.24% | -2.18% | -5.72% | 1.97% | -8.45% |
| 6/11/2021 | 13.42 | 36.05 | 20.99 | 1.44 | 5.55 | 11.94 | -5.51% | -13.11% | -7.74% | -6.06% | -10.10% | -7.03% |
| 6/12/2021 | 13.55 | 36.44 | 20.78 | 1.48 | 5.50 | 11.62 | 0.96% | 1.08% | -1.01% | 2.74% | -0.90% | -2.72% |
| 6/13/2021 | 14.78 | 38.77 | 22.08 | 1.56 | 6.07 | 12.50 | 8.69% | 6.20% | 6.07% | 5.26% | 9.86% | 7.30% |
| 6/14/2021 | 14.97 | 38.71 | 22.21 | 1.58 | 6.04 | 12.61 | 1.28% | -0.15% | 0.59% | 1.27% | -0.50% | 0.88% |
| 6/15/2021 | 15.18 | 41.15 | 24.76 | 1.60 | 6.59 | 13.36 | 1.39% | 6.11% | 10.87% | 1.26% | 8.71% | 5.78% |
| 6/16/2021 | 14.07 | 39.70 | 22.97 | 1.48 | 6.17 | 13.38 | -7.59% | -3.59% | -7.50% | -7.80% | -6.59% | 0.15% |
| 6/17/2021 | 14.83 | 39.26 | 22.51 | 1.48 | 6.15 | 13.60 | 5.26% | -1.11% | -2.02% | 0.00% | -0.32% | 1.63% |
| 6/18/2021 | 13.63 | 36.65 | 21.40 | 1.42 | 5.92 | 12.43 | -8.44% | -6.88% | -5.06% | -4.14% | -3.81% | -9.00% |
| 6/19/2021 | 13.46 | 35.35 | 20.36 | 1.39 | 5.76 | 11.94 | -1.26% | -3.61% | -4.98% | -2.14% | -2.74% | -4.02% |
| 6/20/2021 | 13.97 | 35.32 | 20.67 | 1.43 | 5.89 | 12.01 | 3.72% | -0.08% | 1.51% | 2.84% | 2.23% | 0.58% |
| 6/21/2021 | 11.21 | 26.66 | 15.77 | 1.18 | 4.84 | 9.55 | -22.01% | -28.13% | -27.06% | -19.22% | -19.63% | -22.92% |
| 6/22/2021 | 10.53 | 26.77 | 14.65 | 1.15 | 4.71 | 8.97 | -6.26% | 0.41% | -7.37% | -2.58% | -2.72% | -6.27% |
| 6/23/2021 | 11.19 | 30.05 | 16.14 | 1.25 | 5.25 | 10.10 | 6.08% | 11.56% | 9.69% | 8.34% | 10.85% | 11.86% |
| 6/24/2021 | 11.48 | 31.18 | 16.25 | 1.36 | 5.45 | 10.34 | 2.56% | 3.69% | 0.68% | 8.43% | 3.74% | 2.35% |
| 6/25/2021 | 10.27 | 28.70 | 14.47 | 1.26 | 5.06 | 9.14 | -11.14% | -8.29% | -11.60% | -7.64% | -7.42% | -12.34% |
| 6/26/2021 | 10.28 | 29.71 | 14.50 | 1.25 | 5.20 | 9.54 | 0.10% | 3.46% | 0.21% | -0.80% | 2.73% | 4.28% |
| 6/27/2021 | 10.92 | 31.93 | 15.02 | 1.34 | 5.40 | 10.05 | 6.04% | 7.21% | 3.52% | 6.95% | 3.77% | 5.21% |
| 6/28/2021 | 11.29 | 32.93 | 15.74 | 1.32 | 5.53 | 10.85 | 3.33% | 3.08% | 4.68% | -1.50% | 2.38% | 7.66% |
| 6/29/2021 | 11.85 | 33.87 | 16.25 | 1.37 | 5.99 | 11.58 | 4.84% | 2.81% | 3.19% | 3.72% | 7.99% | 6.51% |
| 6/30/2021 | 11.96 | 35.56 | 16.40 | 1.38 | 6.52 | 12.00 | 0.92% | 4.87% | 0.92% | 0.73% | 8.48% | 3.56% |
| 7/1/2021 | 11.23 | 33.40 | 15.28 | 1.34 | 5.92 | 11.11 | -6.30% | -6.27% | -7.07% | -2.94% | -9.65% | -7.71% |
| 7/2/2021 | 11.13 | 34.02 | 15.34 | 1.39 | 5.73 | 11.76 | -0.89% | 1.84% | 0.39% | 3.66% | -3.26% | 5.69% |
| 7/3/2021 | 11.50 | 34.48 | 15.55 | 1.41 | 5.81 | 11.82 | 3.27% | 1.34% | 1.36% | 1.43% | 1.39% | 0.51% |
| 7/4/2021 | 12.35 | 34.31 | 16.01 | 1.46 | 5.97 | 12.26 | 7.13% | -0.49% | 2.92% | 3.48% | 2.72% | 3.65% |
| 7/5/2021 | 12.03 | 32.98 | 15.24 | 1.40 | 6.04 | 13.55 | -2.63% | -3.95% | -4.93% | -4.20% | 1.17% | 10.00% |
| 7/6/2021 | 13.36 | 34.27 | 16.14 | 1.42 | 6.53 | 13.16 | 10.49% | 3.84% | 5.74% | 1.42% | 7.80% | -2.92% |
| 7/7/2021 | 13.09 | 36.59 | 16.86 | 1.40 | 7.09 | 12.93 | -2.04% | 6.55% | 4.36% | -1.42% | 8.23% | -1.76% |
| 7/8/2021 | 12.12 | 33.20 | 15.34 | 1.33 | 6.70 | 11.93 | -7.70% | -9.72% | -9.45% | -5.13% | -5.66% | -8.05% |
| 7/9/2021 | 12.54 | 33.26 | 15.67 | 1.35 | 8.09 | 13.16 | 3.41% | 0.18% | 2.13% | 1.49% | 18.85% | 9.81% |
| 7/10/2021 | 12.03 | 31.79 | 15.29 | 1.34 | 7.90 | 14.40 | -4.15% | -4.52% | -2.45% | -0.74% | -2.38% | 9.00% |
| 7/11/2021 | 12.41 | 32.18 | 15.48 | 1.35 | 8.42 | 14.06 | 3.11% | 1.22% | 1.23% | 0.74% | 6.37% | -2.39% |
| 7/12/2021 | 12.19 | 30.85 | 14.87 | 1.32 | 7.89 | 13.05 | -1.79% | -4.22% | -4.02% | -2.25% | -6.50% | -7.45% |
| 7/13/2021 | 11.91 | 29.12 | 14.19 | 1.27 | 7.10 | 12.11 | -2.32% | -5.77% | -4.68% | -3.86% | -10.55% | -7.48% |
| 7/14/2021 | 11.79 | 31.28 | 13.80 | 1.26 | 6.92 | 11.75 | -1.01% | 7.16% | -2.79% | -0.79% | -2.57% | -3.02% |
| 7/15/2021 | 11.35 | 28.45 | 13.08 | 1.22 | 6.61 | 11.43 | -3.80% | -9.48% | -5.36% | -3.23% | -4.58% | -2.76% |
| 7/16/2021 | 10.86 | 26.37 | 12.05 | 1.17 | 6.58 | 11.18 | -4.41% | -7.59% | -8.20% | -4.18% | -0.45% | -2.21% |
| 7/17/2021 | 10.93 | 26.72 | 12.29 | 1.17 | 6.48 | 11.00 | 0.64% | 1.32% | 1.97% | 0.00% | -1.53% | -1.62% |
| 7/18/2021 | 10.70 | 26.75 | 12.68 | 1.18 | 6.50 | 10.98 | -2.13% | 0.11% | 3.12% | 0.85% | 0.31% | -0.18% |
| 7/19/2021 | 10.17 | 24.45 | 11.43 | 1.12 | 5.95 | 9.96 | -5.08% | -8.99% | -10.38% | -5.22% | -8.84% | -9.75% |

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | Returns | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | AVAX | SOL | DOT | ADA | LUNA1 | ATOM |
| 7/20/2021 | 9.65 | 23.49 | 10.98 | 1.06 | 5.87 | 9.49 | -5.25% | -4.01% | -4.02% | -5.51% | -1.35% | -4.83% |
| 7/21/2021 | 10.42 | 26.62 | 12.31 | 1.17 | 6.61 | 10.42 | 7.68% | 12.51% | 11.43% | 9.87% | 11.87% | 9.35% |
| 7/22/2021 | 10.83 | 27.70 | 13.16 | 1.19 | 7.35 | 11.38 | 3.86% | 3.98% | 6.68% | 1.69% | 10.61% | 8.81% |
| 7/23/2021 | 11.10 | 28.51 | 13.40 | 1.21 | 7.93 | 11.46 | 2.46% | 2.88% | 1.81% | 1.67% | 7.60% | 0.70% |
| 7/24/2021 | 11.17 | 28.70 | 13.81 | 1.23 | 8.49 | 11.45 | 0.63% | 0.66% | 3.01% | 1.64% | 6.82% | -0.09% |
| 7/25/2021 | 11.24 | 28.17 | 13.71 | 1.23 | 8.25 | 11.45 | 0.62% | -1.86% | -0.73% | 0.00% | -2.87% | 0.00% |
| 7/26/2021 | 11.49 | 28.31 | 13.95 | 1.26 | 8.52 | 11.41 | 2.20% | 0.50% | 1.74% | 2.41% | 3.22% | -0.35% |
| 7/27/2021 | 11.92 | 28.07 | 14.38 | 1.28 | 9.51 | 11.71 | 3.67% | -0.85% | 3.04% | 1.57% | 10.99% | 2.60% |
| 7/28/2021 | 12.26 | 27.82 | 14.54 | 1.28 | 10.97 | 11.56 | 2.81% | -0.89% | 1.11% | 0.00% | 14.28% | -1.29% |
| 7/29/2021 | 12.42 | 31.28 | 15.24 | 1.28 | 11.04 | 11.76 | 1.30% | 11.72% | 4.70% | 0.00% | 0.64% | 1.72% |
| 7/30/2021 | 13.00 | 32.39 | 15.84 | 1.31 | 10.85 | 12.15 | 4.56% | 3.49% | 3.86% | 2.32% | -1.74% | 3.26% |
| 7/31/2021 | 13.59 | 36.83 | 16.85 | 1.32 | 10.76 | 12.61 | 4.44% | 12.85% | 6.18% | 0.76% | -0.83% | 3.72% |
| 8/1/2021 | 12.88 | 34.25 | 18.41 | 1.32 | 11.93 | 12.36 | -5.37% | -7.26% | 8.85% | 0.00% | 10.32% | -2.00% |
| 8/2/2021 | 13.01 | 33.22 | 18.02 | 1.31 | 12.33 | 12.49 | 1.00% | -3.05% | -2.14% | -0.76% | 3.30% | 1.05% |
| 8/3/2021 | 12.53 | 34.00 | 17.34 | 1.37 | 14.72 | 12.09 | -3.76% | 2.32% | -3.85% | 4.48% | 17.72% | -3.25% |
| 8/4/2021 | 13.68 | 35.76 | 19.16 | 1.38 | 14.51 | 12.79 | 8.78% | 5.05% | 9.98% | 0.73% | -1.44% | 5.63% |
| 8/5/2021 | 13.83 | 37.36 | 19.13 | 1.39 | 14.55 | 13.02 | 1.09% | 4.38% | -0.16% | 0.72% | 0.28% | 1.78% |
| 8/6/2021 | 14.73 | 39.45 | 20.40 | 1.40 | 14.50 | 13.58 | 6.30% | 5.44% | 6.43% | 0.72% | -0.34% | 4.21% |
| 8/7/2021 | 15.76 | 39.40 | 20.97 | 1.47 | 14.59 | 14.01 | 6.76% | -0.13% | 2.76% | 4.88% | 0.62% | 3.12% |
| 8/8/2021 | 14.81 | 37.67 | 19.68 | 1.43 | 13.41 | 13.13 | -6.22% | -4.49% | -6.35% | -2.76% | -8.43% | -6.49% |
| 8/9/2021 | 16.23 | 38.77 | 20.62 | 1.48 | 13.97 | 13.68 | 9.16% | 2.88% | 4.67% | 3.44% | 4.09% | 4.10% |
| 8/10/2021 | 16.45 | 40.64 | 20.61 | 1.67 | 16.75 | 14.09 | 1.35% | 4.71% | -0.05% | 12.08% | 18.15% | 2.95% |
| 8/11/2021 | 16.75 | 41.74 | 21.40 | 1.80 | 17.02 | 14.60 | 1.81% | 2.67% | 3.76% | 7.50% | 1.60% | 3.56% |
| 8/12/2021 | 16.57 | 41.10 | 20.75 | 1.82 | 16.57 | 14.04 | -1.08% | -1.55% | -3.08% | 1.10% | -2.68% | -3.91% |
| 8/13/2021 | 18.05 | 44.89 | 22.71 | 2.14 | 17.80 | 15.21 | 8.56% | 8.82% | 9.03% | 16.20% | 7.16% | 8.00% |
| 8/14/2021 | 18.07 | 44.11 | 22.86 | 2.19 | 17.40 | 15.55 | 0.11% | -1.75% | 0.66% | 2.31% | -2.27% | 2.21% |
| 8/15/2021 | 18.80 | 53.75 | 23.17 | 2.17 | 19.28 | 15.90 | 3.96% | 19.77% | 1.35% | -0.92% | 10.26% | 2.23% |
| 8/16/2021 | 19.18 | 62.43 | 24.54 | 2.08 | 22.00 | 15.85 | 2.00% | 14.97% | 5.74% | -4.24% | 13.20% | -0.31% |
| 8/17/2021 | 23.53 | 64.21 | 23.53 | 1.93 | 25.23 | 15.99 | 20.44% | 2.81% | -4.20% | -7.48% | 13.70% | 0.88% |
| 8/18/2021 | 29.89 | 72.54 | 23.95 | 2.11 | 30.84 | 18.00 | 23.92% | 12.20% | 1.77% | 8.92% | 20.08% | 11.84% |
| 8/19/2021 | 30.63 | 72.76 | 26.55 | 2.43 | 29.40 | 18.68 | 2.45% | 0.30% | 10.31% | 14.12% | -4.78% | 3.71% |
| 8/20/2021 | 39.19 | 78.72 | 28.15 | 2.46 | 30.65 | 18.92 | 24.64% | 7.87% | 5.85% | 1.23% | 4.16% | 1.28% |
| 8/21/2021 | 43.79 | 73.76 | 27.87 | 2.44 | 27.55 | 22.09 | 11.10% | -6.51% | -1.00% | -0.82% | -10.66% | 15.49% |
| 8/22/2021 | 43.53 | 72.80 | 27.74 | 2.71 | 28.03 | 21.86 | -0.60% | -1.31% | -0.47% | 10.50% | 1.73% | -1.05% |
| 8/23/2021 | 46.45 | 75.71 | 27.89 | 2.92 | 29.92 | 21.83 | 6.49% | 3.92% | 0.54% | 7.46% | 6.53% | -0.14% |
| 8/24/2021 | 55.35 | 70.67 | 25.08 | 2.72 | 29.67 | 19.62 | 17.53% | -6.89% | -10.62% | -7.10% | -0.84% | -10.67% |
| 8/25/2021 | 46.12 | 71.95 | 25.94 | 2.74 | 29.99 | 19.97 | -18.24% | 1.80% | 3.37% | 0.73% | 1.07% | 1.77% |
| 8/26/2021 | 41.42 | 75.32 | 23.98 | 2.54 | 27.01 | 17.97 | -10.75% | 4.58% | -7.86% | -7.58% | -10.47% | -10.55% |
| 8/27/2021 | 50.08 | 88.09 | 26.57 | 2.94 | 32.66 | 20.46 | 18.99% | 15.66% | 10.26% | 14.62% | 18.99% | 12.98% |
| 8/28/2021 | 50.20 | 96.70 | 25.97 | 2.85 | 34.96 | 21.34 | 0.24% | 9.33% | -2.28% | -3.11% | 6.81% | 4.21% |

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | Returns | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | AVAX | SOL | DOT | ADA | LUNA1 | ATOM |
| 8/29/2021 | 47.51 | 94.47 | 25.73 | 2.86 | 33.33 | 21.20 | -5.51% | -2.33% | -0.93% | 0.35% | -4.77% | -0.66% |
| 8/30/2021 | 41.33 | 110.54 | 26.04 | 2.73 | 33.47 | 22.10 | -13.94% | 15.71% | 1.20% | -4.65% | 0.42% | 4.16% |
| 8/31/2021 | 39.49 | 108.48 | 31.47 | 2.77 | 31.56 | 22.87 | -4.55% | -1.88% | 18.94% | 1.45% | -5.88% | 3.42% |
| 9/1/2021 | 41.93 | 111.03 | 33.14 | 2.87 | 31.66 | 25.35 | 6.00% | 2.32% | 5.17% | 3.55% | 0.32% | 10.30% |
| 9/2/2021 | 47.76 | 128.10 | 31.81 | 2.96 | 32.87 | 24.14 | 13.02% | 14.30% | -4.10% | 3.09% | 3.75% | -4.89% |
| 9/3/2021 | 45.91 | 146.58 | 33.67 | 2.97 | 31.74 | 24.14 | -3.95% | 13.48% | 5.68% | 0.34% | -3.50% | 0.00% |
| 9/4/2021 | 47.14 | 139.11 | 32.42 | 2.83 | 31.41 | 24.43 | 2.64% | -5.23% | -3.78% | -4.83% | -1.05% | 1.19% |
| 9/5/2021 | 48.18 | 142.07 | 34.41 | 2.91 | 34.49 | 25.76 | 2.18% | 2.11% | 5.96% | 2.79% | 9.35% | 5.30% |
| 9/6/2021 | 47.04 | 164.38 | 34.31 | 2.83 | 32.35 | 25.12 | -2.39% | 14.59% | -0.29% | -2.79% | -6.41% | -2.52% |
| 9/7/2021 | 37.60 | 173.15 | 27.83 | 2.50 | 27.79 | 20.91 | -22.40% | 5.20% | -20.93% | -12.40% | -15.19% | -18.34% |
| 9/8/2021 | 37.05 | 191.04 | 27.71 | 2.47 | 29.43 | 20.53 | -1.47% | 9.83% | -0.43% | -1.21% | 5.73% | -1.83% |
| 9/9/2021 | 40.77 | 188.20 | 29.84 | 2.52 | 30.51 | 27.00 | 9.57% | -1.50% | 7.41% | 2.00% | 3.60% | 27.39% |
| 9/10/2021 | 49.19 | 179.87 | 29.22 | 2.39 | 43.54 | 29.44 | 18.77% | -4.53% | -2.10% | -5.30% | 35.56% | 8.65% |
| 9/11/2021 | 57.16 | 178.87 | 31.59 | 2.63 | 39.09 | 27.29 | 15.02% | -0.56% | 7.80% | 9.57% | -10.78% | -7.58% |
| 9/12/2021 | 59.26 | 174.54 | 35.77 | 2.58 | 39.23 | 35.00 | 3.61% | -2.45% | 12.43% | -1.92% | 0.36% | 24.88% |
| 9/13/2021 | 53.11 | 169.27 | 34.77 | 2.40 | 37.19 | 35.63 | -10.96% | -3.07% | -2.84% | -7.23% | -5.34% | 1.78% |
| 9/14/2021 | 51.58 | 158.09 | 37.38 | 2.40 | 35.67 | 34.10 | -2.92% | -6.83% | 7.24% | 0.00% | -4.17% | -4.39% |
| 9/15/2021 | 57.63 | 159.12 | 36.46 | 2.50 | 36.69 | 34.13 | 11.09% | 0.65% | -2.49% | 4.08% | 2.82% | 0.09% |
| 9/16/2021 | 67.84 | 152.47 | 35.55 | 2.42 | 37.52 | 36.91 | 16.31% | -4.27% | -2.53% | -3.25% | 2.24% | 7.83% |
| 9/17/2021 | 69.93 | 147.59 | 33.02 | 2.35 | 34.43 | 33.41 | 3.03% | -3.25% | -7.38% | -2.94% | -8.59% | -9.96% |
| 9/18/2021 | 69.01 | 169.18 | 34.90 | 2.37 | 34.78 | 40.85 | -1.32% | 13.65% | 5.54% | 0.85% | 1.01% | 20.11% |
| 9/19/2021 | 70.08 | 152.52 | 33.80 | 2.28 | 32.96 | 44.54 | 1.54% | -10.37% | -3.20% | -3.87% | -5.37% | 8.65% |
| 9/20/2021 | 56.68 | 132.13 | 28.05 | 2.06 | 27.22 | 33.79 | -21.22% | -14.35% | -18.65% | -10.15% | -19.13% | -27.62% |
| 9/21/2021 | 59.02 | 123.95 | 26.32 | 1.99 | 25.15 | 30.44 | 4.05% | -6.39% | -6.37% | -3.46% | -7.91% | -10.44% |
| 9/22/2021 | 74.19 | 147.92 | 31.61 | 2.27 | 33.27 | 39.98 | 22.88% | 17.68% | 18.31% | 13.16% | 27.98% | 27.26% |
| 9/23/2021 | 76.42 | 149.75 | 33.54 | 2.33 | 36.20 | 41.52 | 2.96% | 1.23% | 5.93% | 2.61% | 8.44% | 3.78% |
| 9/24/2021 | 72.40 | 139.40 | 30.84 | 2.28 | 40.20 | 42.79 | -5.40% | -7.16% | -8.39% | -2.17% | 10.48% | 3.01% |
| 9/25/2021 | 68.38 | 136.18 | 29.84 | 2.30 | 37.91 | 39.52 | -5.71% | -2.34% | -3.30% | 0.87% | -5.87% | -7.95% |
| 9/26/2021 | 66.86 | 135.70 | 28.83 | 2.21 | 34.64 | 39.62 | -2.25% | -0.35% | -3.44% | -3.99% | -9.02% | 0.25% |
| 9/27/2021 | 66.51 | 136.73 | 27.77 | 2.14 | 36.91 | 37.34 | -0.52% | 0.76% | -3.75% | -3.22% | 6.35% | -5.93% |
| 9/28/2021 | 61.52 | 131.54 | 26.33 | 2.04 | 33.16 | 33.67 | -7.80% | -3.87% | -5.32% | -4.79% | -10.71% | -10.35% |
| 9/29/2021 | 65.52 | 135.35 | 27.27 | 2.07 | 34.19 | 33.95 | 6.30% | 2.86% | 3.51% | 1.46% | 3.06% | 0.83% |
| 9/30/2021 | 66.77 | 141.07 | 28.58 | 2.11 | 38.60 | 36.21 | 1.89% | 4.14% | 4.69% | 1.91% | 12.13% | 6.44% |
| 10/1/2021 | 67.57 | 161.68 | 31.97 | 2.26 | 37.74 | 37.84 | 1.19% | 13.64% | 11.21% | 6.87% | -2.25% | 4.40% |
| 10/2/2021 | 69.22 | 169.09 | 32.12 | 2.25 | 41.48 | 38.76 | 2.41% | 4.48% | 0.47% | -0.44% | 9.45% | 2.40% |
| 10/3/2021 | 68.72 | 172.59 | 32.11 | 2.25 | 42.74 | 38.79 | -0.72% | 2.05% | -0.03% | 0.00% | 2.99% | 0.08% |
| 10/4/2021 | 65.16 | 166.73 | 31.04 | 2.19 | 46.72 | 36.72 | -5.32% | -3.45% | -3.39% | -2.70% | 8.90% | -5.48% |
| 10/5/2021 | 64.65 | 164.12 | 31.43 | 2.23 | 44.71 | 36.73 | -0.79% | -1.58% | 1.25% | 1.81% | -4.40% | 0.03% |
| 10/6/2021 | 60.11 | 154.11 | 32.29 | 2.21 | 41.95 | 35.21 | -7.28% | -6.29% | 2.70% | -0.90% | -6.37% | -4.23% |
| 10/7/2021 | 61.49 | 154.28 | 33.97 | 2.28 | 46.54 | 36.73 | 2.27% | 0.11% | 5.07% | 3.12% | 10.38% | 4.23% |

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | | Returns | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | |
| 10/8/2021 | 60.52 | 158.95 | 33.37 | 2.24 | 43.29 | 34.98 | | -1.59% | 2.98% | -1.78% | -1.77% | -7.24% | -4.88% | |
| 10/9/2021 | 60.57 | 156.83 | 36.33 | 2.27 | 42.47 | 35.22 | | 0.08% | -1.34% | 8.50% | 1.33% | -1.91% | 0.68% | |
| 10/10/2021 | 56.59 | 148.05 | 34.47 | 2.20 | 39.37 | 32.51 | | -6.80% | -5.76% | -5.26% | -3.13% | -7.58% | -8.01% | |
| 10/11/2021 | 55.30 | 144.86 | 34.18 | 2.17 | 39.21 | 32.07 | | -2.31% | -2.18% | -0.84% | -1.37% | -0.41% | -1.36% | |
| 10/12/2021 | 54.36 | 152.74 | 35.16 | 2.12 | 37.60 | 33.47 | | -1.71% | 5.30% | 2.83% | -2.33% | -4.19% | 4.27% | |
| 10/13/2021 | 55.15 | 148.18 | 41.62 | 2.19 | 36.62 | 34.65 | | 1.44% | -3.03% | 16.87% | 3.25% | -2.64% | 3.46% | |
| 10/14/2021 | 56.08 | 149.76 | 40.76 | 2.17 | 37.15 | 33.78 | | 1.67% | 1.06% | -2.09% | -0.92% | 1.44% | -2.54% | |
| 10/15/2021 | 56.25 | 162.60 | 43.16 | 2.21 | 36.95 | 33.01 | | 0.30% | 8.23% | 5.72% | 1.83% | -0.54% | -2.31% | |
| 10/16/2021 | 57.48 | 157.54 | 41.76 | 2.18 | 36.59 | 33.14 | | 2.16% | -3.16% | -3.30% | -1.37% | -0.98% | 0.39% | |
| 10/17/2021 | 56.08 | 159.74 | 42.07 | 2.16 | 36.19 | 32.41 | | -2.47% | 1.39% | 0.74% | -0.92% | -1.10% | -2.23% | |
| 10/18/2021 | 55.47 | 157.23 | 41.18 | 2.13 | 35.82 | 31.89 | | -1.09% | -1.58% | -2.14% | -1.40% | -1.03% | -1.62% | |
| 10/19/2021 | 56.82 | 156.02 | 41.38 | 2.11 | 37.73 | 35.13 | | 2.40% | -0.77% | 0.48% | -0.94% | 5.19% | 9.68% | |
| 10/20/2021 | 59.56 | 175.95 | 44.35 | 2.19 | 42.55 | 35.88 | | 4.71% | 12.02% | 6.93% | 3.72% | 12.02% | 2.11% | |
| 10/21/2021 | 61.31 | 190.32 | 42.85 | 2.14 | 40.91 | 34.33 | | 2.90% | 7.85% | -3.44% | -2.31% | -3.93% | -4.42% | |
| 10/22/2021 | 65.46 | 196.43 | 43.45 | 2.15 | 43.62 | 34.04 | | 6.55% | 3.16% | 1.39% | 0.47% | 6.41% | -0.85% | |
| 10/23/2021 | 65.46 | 197.70 | 44.05 | 2.17 | 43.19 | 35.77 | | 0.00% | 0.64% | 1.37% | 0.93% | -0.99% | 4.96% | |
| 10/24/2021 | 64.52 | 202.36 | 42.39 | 2.12 | 41.48 | 34.30 | | -1.45% | 2.33% | -3.84% | -2.33% | -4.04% | -4.20% | |
| 10/25/2021 | 69.82 | 210.10 | 44.53 | 2.14 | 42.79 | 35.27 | | 7.89% | 3.75% | 4.93% | 0.94% | 3.11% | 2.79% | |
| 10/26/2021 | 68.87 | 199.81 | 44.88 | 2.14 | 43.87 | 43.22 | | -1.37% | -5.02% | 0.78% | 0.00% | 2.49% | 20.33% | |
| 10/27/2021 | 61.52 | 183.77 | 40.41 | 1.91 | 39.87 | 36.76 | | -11.29% | -8.37% | -10.49% | -11.37% | -9.56% | -16.19% | |
| 10/28/2021 | 64.43 | 194.86 | 41.86 | 1.99 | 42.96 | 38.07 | | 4.62% | 5.86% | 3.53% | 4.10% | 7.46% | 3.50% | |
| 10/29/2021 | 64.77 | 200.18 | 44.07 | 2.01 | 45.58 | 39.42 | | 0.53% | 2.69% | 5.14% | 1.00% | 5.92% | 3.48% | |
| 10/30/2021 | 62.42 | 195.42 | 42.75 | 1.96 | 43.34 | 37.27 | | -3.70% | -2.41% | -3.04% | -2.52% | -5.04% | -5.61% | |
| 10/31/2021 | 64.29 | 202.42 | 42.74 | 1.97 | 42.89 | 37.26 | | 2.95% | 3.52% | -0.02% | 0.51% | -1.04% | -0.03% | |
| 11/1/2021 | 65.07 | 203.55 | 49.98 | 1.95 | 44.06 | 37.36 | | 1.21% | 0.56% | 15.65% | -1.02% | 2.69% | 0.27% | |
| 11/2/2021 | 67.58 | 220.24 | 51.63 | 1.97 | 44.76 | 37.07 | | 3.78% | 7.88% | 3.25% | 1.02% | 1.58% | -0.78% | |
| 11/3/2021 | 75.43 | 242.90 | 53.44 | 2.06 | 48.06 | 38.42 | | 10.99% | 9.79% | 3.45% | 4.47% | 7.11% | 3.58% | |
| 11/4/2021 | 79.29 | 247.39 | 53.88 | 1.98 | 51.92 | 37.52 | | 4.99% | 1.83% | 0.82% | -3.96% | 7.73% | -2.37% | |
| 11/5/2021 | 74.36 | 236.47 | 51.89 | 1.99 | 49.97 | 36.90 | | -6.42% | -4.51% | -3.76% | 0.50% | -3.83% | -1.67% | |
| 11/6/2021 | 78.69 | 258.93 | 52.01 | 2.01 | 51.18 | 36.30 | | 5.66% | 9.07% | 0.23% | 1.00% | 2.39% | -1.64% | |
| 11/7/2021 | 87.71 | 249.82 | 52.28 | 2.02 | 50.61 | 35.72 | | 10.85% | -3.58% | 0.52% | 0.50% | -1.12% | -1.61% | |
| 11/8/2021 | 91.18 | 248.47 | 53.35 | 2.12 | 54.16 | 36.70 | | 3.88% | -0.54% | 2.03% | 4.83% | 6.78% | 2.71% | |
| 11/9/2021 | 88.45 | 239.21 | 50.78 | 2.27 | 50.24 | 35.84 | | -3.04% | -3.80% | -4.94% | 6.84% | -7.51% | -2.37% | |
| 11/10/2021 | 85.30 | 233.78 | 46.87 | 2.10 | 48.79 | 32.11 | | -3.63% | -2.30% | -8.01% | -7.78% | -2.93% | -10.99% | |
| 11/11/2021 | 88.06 | 234.24 | 47.65 | 2.09 | 50.60 | 33.08 | | 3.18% | 0.20% | 1.65% | -0.48% | 3.64% | 2.98% | |
| 11/12/2021 | 84.72 | 228.50 | 45.88 | 2.05 | 49.56 | 32.04 | | -3.87% | -2.48% | -3.79% | -1.93% | -2.08% | -3.19% | |
| 11/13/2021 | 97.26 | 241.83 | 47.13 | 2.05 | 52.17 | 32.55 | | 13.80% | 5.67% | 2.69% | 0.00% | 5.13% | 1.58% | |
| 11/14/2021 | 95.40 | 238.43 | 46.40 | 2.04 | 51.07 | 31.88 | | -1.93% | -1.42% | -1.56% | -0.49% | -2.13% | -2.08% | |
| 11/15/2021 | 93.55 | 237.55 | 44.69 | 2.02 | 48.05 | 31.43 | | -1.96% | -0.37% | -3.75% | -0.99% | -6.10% | -1.42% | |
| 11/16/2021 | 97.98 | 219.24 | 40.90 | 1.88 | 43.25 | 28.41 | | 4.63% | -8.02% | -8.86% | -7.18% | -10.52% | -10.10% | |

Exhibit 2
Daily Prices and Returns During 2021

| Date | Prices | | | | | | | Returns | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | | AVAX | SOL | DOT | ADA | LUNA1 | ATOM |
| 11/17/2021 | 107.80 | 218.72 | 42.71 | 1.88 | 43.15 | 29.37 | | 9.55% | -0.24% | 4.33% | 0.00% | -0.23% | 3.32% |
| 11/18/2021 | 100.25 | 195.49 | 39.05 | 1.79 | 40.28 | 26.64 | | -7.26% | -11.23% | -8.96% | -4.91% | -6.88% | -9.76% |
| 11/19/2021 | 112.02 | 215.28 | 41.26 | 1.86 | 42.42 | 28.14 | | 11.10% | 9.64% | 5.51% | 3.84% | 5.18% | 5.48% |
| 11/20/2021 | 125.77 | 218.02 | 42.06 | 1.92 | 45.12 | 29.42 | | 11.58% | 1.26% | 1.92% | 3.17% | 6.17% | 4.45% |
| 11/21/2021 | 128.60 | 231.28 | 42.01 | 1.84 | 43.60 | 31.04 | | 2.23% | 5.90% | -0.12% | -4.26% | -3.43% | 5.36% |
| 11/22/2021 | 134.53 | 215.74 | 39.45 | 1.78 | 41.07 | 32.07 | | 4.51% | -6.96% | -6.29% | -3.32% | -5.98% | 3.26% |
| 11/23/2021 | 123.83 | 221.84 | 40.79 | 1.75 | 42.69 | 32.13 | | -8.29% | 2.79% | 3.34% | -1.70% | 3.87% | 0.19% |
| 11/24/2021 | 120.23 | 214.92 | 39.37 | 1.69 | 41.36 | 30.41 | | -2.95% | -3.17% | -3.54% | -3.49% | -3.17% | -5.50% |
| 11/25/2021 | 122.65 | 206.25 | 38.46 | 1.65 | 40.05 | 29.79 | | 1.99% | -4.12% | -2.34% | -2.40% | -3.22% | -2.06% |
| 11/26/2021 | 103.83 | 191.51 | 34.39 | 1.53 | 40.77 | 26.93 | | -16.66% | -7.41% | -11.19% | -7.55% | 1.78% | -10.09% |
| 11/27/2021 | 113.28 | 193.10 | 35.19 | 1.55 | 43.89 | 26.79 | | 8.71% | 0.83% | 2.30% | 1.30% | 7.37% | -0.52% |
| 11/28/2021 | 110.59 | 200.68 | 35.77 | 1.59 | 50.10 | 27.40 | | -2.40% | 3.85% | 1.63% | 2.55% | 13.23% | 2.25% |
| 11/29/2021 | 120.26 | 204.32 | 37.16 | 1.60 | 51.70 | 28.13 | | 8.38% | 1.80% | 3.81% | 0.63% | 3.14% | 2.63% |
| 11/30/2021 | 120.34 | 208.67 | 37.96 | 1.55 | 59.72 | 27.55 | | 0.07% | 2.11% | 2.13% | -3.17% | 14.42% | -2.08% |
| 12/1/2021 | 119.75 | 229.80 | 36.77 | 1.55 | 64.23 | 26.71 | | -0.49% | 9.65% | -3.19% | 0.00% | 7.28% | -3.10% |
| 12/2/2021 | 107.87 | 233.99 | 35.76 | 1.72 | 66.18 | 28.38 | | -10.45% | 1.81% | -2.79% | 10.41% | 2.99% | 6.06% |
| 12/3/2021 | 108.14 | 211.22 | 33.64 | 1.56 | 63.34 | 32.68 | | 0.25% | -10.24% | -6.11% | -9.76% | -4.39% | 14.11% |
| 12/4/2021 | 92.88 | 201.12 | 29.37 | 1.42 | 75.56 | 28.13 | | -15.21% | -4.90% | -13.57% | -9.40% | 17.64% | -14.99% |
| 12/5/2021 | 85.79 | 196.17 | 28.31 | 1.38 | 68.11 | 24.63 | | -7.94% | -2.49% | -3.68% | -2.86% | -10.38% | -13.29% |
| 12/6/2021 | 93.32 | 194.20 | 28.25 | 1.43 | 67.29 | 24.42 | | 8.41% | -1.01% | -0.21% | 3.56% | -1.21% | -0.86% |
| 12/7/2021 | 89.95 | 190.60 | 30.54 | 1.38 | 68.98 | 24.38 | | -3.68% | -1.87% | 7.79% | -3.56% | 2.48% | -0.16% |
| 12/8/2021 | 93.22 | 194.62 | 29.87 | 1.40 | 75.04 | 25.24 | | 3.57% | 2.09% | -2.22% | 1.44% | 8.42% | 3.47% |
| 12/9/2021 | 85.46 | 181.18 | 26.95 | 1.29 | 66.48 | 22.50 | | -8.69% | -7.16% | -10.29% | -8.18% | -12.11% | -11.49% |
| 12/10/2021 | 80.74 | 167.95 | 26.45 | 1.21 | 60.93 | 22.58 | | -5.68% | -7.58% | -1.87% | -6.40% | -8.72% | 0.35% |
| 12/11/2021 | 86.39 | 171.95 | 27.77 | 1.35 | 59.98 | 24.41 | | 6.76% | 2.35% | 4.87% | 10.95% | -1.57% | 7.79% |
| 12/12/2021 | 88.11 | 173.43 | 29.61 | 1.35 | 61.92 | 24.57 | | 1.97% | 0.86% | 6.42% | 0.00% | 3.18% | 0.65% |
| 12/13/2021 | 79.15 | 155.21 | 25.97 | 1.23 | 52.75 | 21.76 | | -10.72% | -11.10% | -13.12% | -9.31% | -16.03% | -12.15% |
| 12/14/2021 | 87.31 | 153.34 | 26.17 | 1.22 | 57.28 | 21.21 | | 9.81% | -1.21% | 0.77% | -0.82% | 8.24% | -2.56% |
| 12/15/2021 | 101.18 | 178.34 | 27.15 | 1.31 | 61.53 | 22.30 | | 14.74% | 15.10% | 3.68% | 7.12% | 7.16% | 5.01% |
| 12/16/2021 | 98.40 | 176.95 | 26.04 | 1.24 | 64.32 | 21.75 | | -2.79% | -0.78% | -4.17% | -5.49% | 4.43% | -2.50% |
| 12/17/2021 | 111.01 | 175.50 | 24.66 | 1.22 | 65.71 | 21.22 | | 12.06% | -0.82% | -5.45% | -1.63% | 2.14% | -2.47% |
| 12/18/2021 | 116.02 | 182.84 | 25.49 | 1.24 | 74.00 | 23.18 | | 4.41% | 4.10% | 3.31% | 1.63% | 11.88% | 8.83% |
| 12/19/2021 | 107.67 | 180.10 | 24.79 | 1.24 | 78.23 | 22.14 | | -7.47% | -1.51% | -2.78% | 0.00% | 5.56% | -4.59% |
| 12/20/2021 | 113.41 | 173.67 | 24.05 | 1.24 | 82.07 | 21.51 | | 5.19% | -3.64% | -3.03% | 0.00% | 4.79% | -2.89% |
| 12/21/2021 | 123.33 | 180.09 | 25.19 | 1.28 | 87.45 | 23.59 | | 8.39% | 3.63% | 4.63% | 3.17% | 6.35% | 9.23% |
| 12/22/2021 | 116.48 | 178.60 | 27.22 | 1.33 | 85.48 | 27.29 | | -5.71% | -0.83% | 7.75% | 3.83% | -2.28% | 14.57% |
| 12/23/2021 | 121.21 | 190.04 | 29.11 | 1.47 | 93.85 | 28.35 | | 3.98% | 6.21% | 6.71% | 10.01% | 9.34% | 3.81% |
| 12/24/2021 | 114.98 | 190.27 | 28.14 | 1.39 | 95.97 | 26.90 | | -5.28% | 0.12% | -3.39% | -5.60% | 2.23% | -5.25% |
| 12/25/2021 | 115.03 | 193.12 | 28.84 | 1.45 | 98.18 | 29.62 | | 0.04% | 1.49% | 2.46% | 4.23% | 2.28% | 9.63% |
| 12/26/2021 | 115.21 | 198.00 | 31.33 | 1.46 | 99.72 | 32.20 | | 0.16% | 2.50% | 8.28% | 0.69% | 1.56% | 8.35% |

Exhibit 2
Daily Prices and Returns During 2021

|  | Prices |  |  |  |  | Returns |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | AVAX | SOL | DOT | ADA | LUNA1 | ATOM |
| 12/27/2021 | 113.60 | 195.43 | 30.91 | 1.51 | 90.80 | 29.64 |  |  |  |  |  |  |
| 12/28/2021 | 107.22 | 177.43 | 27.91 | 1.40 | 85.37 | 26.63 | -1.41% | -1.31% | -1.35% | 3.37% | -9.37% | -8.28% |
| 12/29/2021 | 103.00 | 170.66 | 26.74 | 1.33 | 84.06 | 27.96 | -5.78% | -9.66% | -10.21% | -7.56% | -6.17% | -10.71% |
| 12/30/2021 | 101.93 | 172.75 | 27.57 | 1.36 | 84.71 | 30.26 | -4.02% | -3.89% | -4.28% | -5.13% | -1.55% | 4.87% |
| 12/31/2021 | 109.27 | 170.30 | 26.72 | 1.31 | 85.47 | 32.47 | -1.04% | 1.22% | 3.06% | 2.23% | 0.77% | 7.91% |
|  |  |  |  |  |  |  | 6.95% | -1.43% | -3.13% | -3.75% | 0.89% | 7.05% |

Source:
CoinMarketCap