# EXHIBIT 8

**Exhibit 1**
**Daily and Cumulative Returns Beginning Feb 13, 2021**

| Date | Daily Returns | | | | | | | Cumulative Returns | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | BDM | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | BDM |
| 2/13/2021 | -10.5% | -5.8% | -2.4% | -2.2% | -2.5% | -4.6% | | -10.5% | -5.8% | -2.4% | -2.2% | -2.5% | -4.6% | |
| 2/14/2021 | -12.7% | 0.1% | -3.3% | -6.5% | 1.1% | -5.1% | | -23.2% | -5.7% | -5.7% | -8.7% | -1.4% | -9.7% | |
| 2/15/2021 | -1.0% | 1.4% | 2.5% | 1.5% | -3.6% | 15.5% | 1.9% | -24.3% | -4.3% | -3.2% | -7.2% | -5.0% | 5.8% | 1.9% |
| 2/16/2021 | -4.9% | -6.5% | 8.2% | 1.2% | 17.8% | 11.5% | -1.4% | -29.2% | -10.8% | 5.0% | -6.1% | 12.8% | 17.2% | 0.5% |
| 2/17/2021 | 1.9% | -1.0% | 5.9% | 2.3% | 11.5% | -5.4% | 6.6% | -27.3% | -11.8% | 10.9% | -3.8% | 24.2% | 11.8% | 7.0% |
| 2/18/2021 | 10.2% | 8.8% | -2.6% | 2.6% | -8.4% | -3.1% | 1.4% | -17.1% | -3.0% | 8.3% | -1.3% | 15.8% | 8.8% | 8.4% |
| 2/19/2021 | -5.7% | 24.5% | 11.0% | 1.5% | -6.0% | -1.2% | 6.1% | -22.8% | 21.5% | 19.3% | 0.2% | 9.8% | 7.6% | 14.5% |
| 2/20/2021 | -6.7% | -13.7% | 12.0% | 18.8% | -5.9% | -5.0% | | -29.5% | 7.8% | 31.3% | 19.1% | 3.9% | 2.6% | 14.5% |
| 2/21/2021 | -0.2% | 10.3% | 1.2% | -1.8% | 2.6% | -0.8% | | -29.7% | 18.1% | 32.5% | 17.3% | 6.6% | 1.8% | 14.5% |
| 2/22/2021 | -11.3% | 26.5% | -5.2% | 0.0% | 14.4% | -1.3% | -4.1% | -41.0% | 44.6% | 27.3% | 17.3% | 21.0% | 0.5% | 10.4% |
| 2/23/2021 | -15.8% | 5.1% | -9.4% | -14.2% | -5.2% | -5.7% | -12.8% | -56.8% | 49.7% | 17.9% | 3.1% | 15.8% | -5.2% | -2.4% |
| 2/24/2021 | 8.3% | 12.9% | -2.0% | 9.5% | -0.3% | -3.2% | 3.4% | -48.6% | 62.6% | 15.9% | 12.6% | 15.5% | -8.4% | 1.0% |
| 2/25/2021 | -11.3% | -22.5% | -7.9% | 2.8% | -11.6% | -9.3% | 0.0% | -59.9% | 40.1% | 8.0% | 15.4% | 3.9% | -17.7% | 1.0% |
| 2/26/2021 | -3.0% | -1.7% | 0.9% | 13.8% | -1.0% | 5.8% | -5.9% | -62.9% | 38.5% | 8.9% | 29.2% | 2.9% | -11.9% | -5.0% |
| 2/27/2021 | -0.5% | -2.9% | 6.5% | 6.3% | 0.3% | 1.8% | | -63.4% | 35.6% | 15.4% | 35.5% | 3.3% | -10.1% | -5.0% |
| 2/28/2021 | -8.0% | -0.8% | 0.5% | -0.8% | -10.1% | -8.4% | | -71.4% | 34.7% | 15.8% | 34.7% | -6.9% | -18.5% | -5.0% |
| 3/1/2021 | 14.0% | 13.4% | 5.7% | -1.5% | 23.2% | 5.5% | 5.0% | -57.4% | 48.1% | 21.5% | 33.2% | 16.4% | -13.0% | 0.0% |
| 3/2/2021 | -1.0% | -6.9% | 1.6% | -4.8% | -4.4% | 1.1% | -2.2% | -58.4% | 41.2% | 23.1% | 28.4% | 12.0% | -11.9% | -2.2% |
| 3/3/2021 | 0.5% | 1.1% | 2.4% | -0.8% | 11.1% | 13.0% | 6.1% | -57.9% | 42.3% | 25.5% | 27.6% | 23.1% | 1.1% | 3.9% |
| 3/4/2021 | -5.5% | -7.5% | -4.7% | -9.4% | 3.8% | -12.5% | -4.4% | -63.4% | 34.8% | 20.8% | 18.2% | 26.9% | -11.4% | -0.4% |
| 3/5/2021 | -5.7% | -3.8% | -4.7% | 5.3% | 12.4% | -1.2% | 1.9% | -69.1% | 31.0% | 16.2% | 23.4% | 39.3% | -12.6% | 1.4% |
| 3/6/2021 | 2.2% | 3.4% | -0.9% | -3.5% | -3.0% | 1.3% | | -66.9% | 34.3% | 15.3% | 20.0% | 36.3% | -11.3% | 1.4% |
| 3/7/2021 | 6.7% | 6.2% | 5.1% | 0.0% | 0.4% | 2.9% | | -60.2% | 40.6% | 20.4% | 20.0% | 36.7% | -8.4% | 1.4% |
| 3/8/2021 | -4.2% | -2.0% | -0.8% | -0.9% | 15.3% | -0.7% | 5.9% | -64.4% | 38.5% | 19.6% | 19.1% | 52.0% | -9.1% | 7.3% |
| 3/9/2021 | 29.3% | 8.8% | 9.0% | 6.9% | 19.5% | 8.7% | 5.1% | -35.1% | 47.3% | 28.6% | 26.0% | 71.5% | -0.3% | 12.4% |
| 3/10/2021 | -14.2% | -4.3% | -1.6% | -5.1% | -4.9% | -7.3% | 1.5% | -49.3% | 43.1% | 27.0% | 20.8% | 66.6% | -7.6% | 13.9% |
| 3/11/2021 | 3.4% | 11.7% | -1.9% | -1.8% | -3.0% | -1.8% | 2.3% | -46.0% | 54.7% | 25.1% | 19.1% | 63.6% | -9.4% | 16.2% |
| 3/12/2021 | -9.3% | -9.4% | -2.4% | -7.4% | 26.9% | -3.7% | -2.5% | -55.3% | 45.3% | 22.7% | 11.7% | 90.5% | -13.1% | 13.7% |
| 3/13/2021 | 9.9% | 5.1% | 3.2% | 5.6% | 3.0% | 4.2% | | -45.4% | 50.4% | 25.9% | 17.3% | 93.5% | -9.0% | 13.7% |
| 3/14/2021 | -6.2% | -5.4% | -1.6% | -3.7% | 8.4% | -4.4% | | -51.5% | 45.0% | 24.3% | 13.6% | 101.9% | -13.4% | 13.7% |
| 3/15/2021 | -0.1% | -2.2% | -6.3% | -2.9% | 2.9% | 7.7% | 0.6% | -51.7% | 42.8% | 18.0% | 10.7% | 104.8% | -5.6% | 14.3% |
| 3/16/2021 | 13.1% | -4.1% | 3.1% | 18.6% | 19.6% | 4.8% | -0.7% | -38.6% | 38.7% | 21.1% | 29.2% | 124.4% | -0.8% | 13.6% |
| 3/17/2021 | -1.3% | 4.3% | 2.0% | 10.7% | -6.7% | -0.6% | 3.8% | -39.9% | 43.0% | 23.1% | 39.9% | 117.7% | -1.4% | 17.4% |
| 3/18/2021 | 2.0% | 0.1% | -1.7% | -10.7% | 2.2% | 6.2% | -1.7% | -37.9% | 43.1% | 21.4% | 29.2% | 119.9% | 4.8% | 15.7% |
| 3/19/2021 | 12.6% | -0.2% | 7.5% | 4.7% | 5.1% | 0.2% | 3.5% | -25.4% | 42.9% | 28.8% | 34.0% | 125.1% | 5.0% | 19.2% |
| 3/20/2021 | -9.5% | 0.1% | -2.4% | -7.2% | 4.3% | -6.4% | | -34.8% | 42.9% | 26.4% | 26.8% | 129.4% | -1.4% | 19.2% |
| 3/21/2021 | -4.6% | 0.8% | -1.5% | -1.7% | 5.1% | -1.9% | | -39.4% | 43.8% | 24.9% | 25.1% | 134.4% | -3.3% | 19.2% |
| 3/22/2021 | -11.1% | 4.0% | -3.5% | -7.0% | -12.3% | -5.9% | -5.5% | -50.5% | 47.8% | 21.4% | 18.2% | 122.1% | -9.2% | 13.7% |
| 3/23/2021 | -2.7% | -4.9% | -3.1% | 0.9% | -13.1% | -2.9% | -1.1% | -53.2% | 42.9% | 18.3% | 19.1% | 109.0% | -12.1% | 12.6% |
| 3/24/2021 | -9.3% | -3.9% | -12.4% | -3.6% | -2.1% | -6.5% | -1.6% | -62.5% | 39.0% | 5.9% | 15.4% | 106.9% | -18.7% | 11.0% |
| 3/25/2021 | -0.2% | -4.7% | -1.5% | 1.8% | -1.4% | -2.2% | -3.9% | -62.7% | 34.3% | 4.4% | 17.3% | 105.5% | -20.9% | 7.1% |
| 3/26/2021 | 8.3% | 12.6% | 10.2% | 9.5% | 11.9% | 9.7% | 3.7% | -54.4% | 46.9% | 14.6% | 26.8% | 117.4% | -11.1% | 10.8% |
| 3/27/2021 | -2.2% | 11.1% | -1.6% | -2.5% | 1.2% | -1.4% | | -56.6% | 57.9% | 13.0% | 24.3% | 118.5% | -12.5% | 10.8% |
| 3/28/2021 | 3.8% | 8.8% | -1.1% | 0.8% | -0.9% | 3.2% | | -52.8% | 66.7% | 11.9% | 25.1% | 117.7% | -9.3% | 10.8% |
| 3/29/2021 | 2.6% | 4.5% | 6.2% | 0.8% | 1.7% | 4.9% | 7.0% | -50.1% | 71.2% | 18.1% | 26.0% | 119.3% | -4.4% | 17.8% |
| 3/30/2021 | 0.5% | 2.0% | -0.9% | 0.8% | -1.2% | -1.5% | 2.5% | -49.6% | 73.2% | 17.2% | 26.8% | 118.1% | -5.9% | 20.3% |
| 3/31/2021 | -3.1% | 1.2% | 8.3% | -1.7% | 0.2% | -4.5% | -0.5% | -52.7% | 74.4% | 25.5% | 25.1% | 118.3% | -10.4% | 19.8% |
| 4/1/2021 | -1.1% | -2.0% | 1.7% | 0.0% | -1.0% | 2.7% | 1.8% | -53.8% | 72.4% | 27.2% | 25.1% | 117.3% | -7.6% | 21.6% |
| 4/2/2021 | 2.4% | 3.8% | 8.9% | 0.8% | 0.3% | 3.8% | 1.0% | -51.3% | 76.2% | 36.1% | 26.0% | 117.6% | -3.8% | 22.6% |
| 4/3/2021 | -3.0% | 13.0% | 1.2% | -2.5% | -2.3% | -0.7% | | -54.4% | 89.1% | 37.3% | 23.4% | 115.2% | -4.5% | 22.6% |
| 4/4/2021 | 3.8% | 6.5% | 7.0% | 1.7% | 1.2% | 7.0% | | -50.6% | 95.6% | 44.2% | 25.1% | 116.4% | 2.5% | 22.6% |
| 4/5/2021 | 6.3% | -4.6% | 2.5% | 1.7% | -4.4% | -1.3% | 2.1% | -44.3% | 91.0% | 46.8% | 26.8% | 112.0% | 1.2% | 24.8% |
| 4/6/2021 | 1.0% | 8.3% | -5.3% | 4.0% | -4.8% | 1.4% | -0.4% | -43.3% | 99.3% | 41.5% | 30.8% | 107.1% | 2.7% | 24.4% |
| 4/7/2021 | -6.8% | 5.9% | -9.3% | -6.6% | -7.9% | -10.6% | -5.2% | -50.1% | 105.2% | 32.2% | 24.3% | 99.3% | -7.9% | 19.2% |

Exhibit 1
Daily and Cumulative Returns Beginning Feb 13, 2021

| Date | Daily Returns | | | | | | | Cumulative Returns | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | BDM | AVAX | SOL | DOT | ADA | LUNA1 | ATOM | BDM |
| 4/8/2021 | 4.3% | 2.1% | 4.4% | 3.3% | 1.9% | 4.7% | 4.1% | -45.9% | 107.2% | 36.6% | 27.6% | 101.1% | -3.3% | 23.2% |
| 4/9/2021 | 2.5% | 2.7% | -1.3% | -1.7% | -0.4% | 4.2% | 1.3% | -43.4% | 110.0% | 35.3% | 26.0% | 100.7% | 0.9% | 24.5% |
| 4/10/2021 | 0.9% | -3.4% | 1.9% | 1.7% | -1.1% | -1.6% | | -42.5% | 106.5% | 37.2% | 27.6% | 99.6% | -0.7% | 24.5% |
| 4/11/2021 | -0.6% | 4.0% | -0.5% | 4.0% | -2.4% | 10.3% | | -43.2% | 110.5% | 36.7% | 31.6% | 97.2% | 9.7% | 24.5% |
| 4/12/2021 | 7.0% | 2.1% | -2.2% | 3.9% | -3.4% | -5.7% | 4.0% | -36.2% | 112.6% | 34.5% | 35.5% | 93.8% | 3.9% | 28.6% |
| 4/13/2021 | -0.6% | -3.8% | 5.9% | 6.6% | 6.5% | 7.9% | 4.8% | -36.8% | 108.7% | 40.3% | 42.1% | 100.3% | 11.9% | 33.4% |
| 4/14/2021 | 13.3% | -3.6% | -0.7% | 3.5% | -2.1% | 12.7% | -1.3% | -23.5% | 105.2% | 39.6% | 45.6% | 98.2% | 24.6% | 32.1% |
| 4/15/2021 | -3.5% | 4.9% | 2.0% | 1.4% | 9.9% | 3.2% | 4.0% | -27.0% | 110.1% | 41.7% | 46.9% | 108.1% | 27.7% | 36.1% |
| 4/16/2021 | -4.2% | -9.1% | -4.7% | -4.1% | -6.7% | -8.9% | -1.7% | -31.2% | 101.0% | 37.0% | 42.8% | 101.4% | 18.8% | 34.3% |
| 4/17/2021 | -3.7% | -1.2% | 2.4% | -2.9% | -3.0% | -3.7% | | -34.9% | 99.8% | 39.4% | 39.9% | 98.5% | 15.1% | 34.3% |
| 4/18/2021 | -16.0% | 25.2% | -13.0% | -7.5% | -13.5% | -14.2% | | -50.9% | 125.0% | 26.4% | 32.4% | 85.0% | 0.8% | 34.3% |
| 4/19/2021 | -10.7% | -1.9% | -7.0% | -6.5% | 3.7% | -10.3% | -10.2% | -61.6% | 123.1% | 19.4% | 26.0% | 88.7% | -9.4% | 24.1% |
| 4/20/2021 | 4.0% | 0.3% | 1.8% | 5.7% | -3.5% | 9.7% | 2.8% | -57.6% | 123.4% | 21.1% | 31.6% | 85.2% | 0.2% | 26.9% |
| 4/21/2021 | -5.4% | 2.3% | -4.5% | -4.8% | -1.1% | -7.9% | -0.6% | -63.1% | 125.7% | 16.6% | 26.8% | 84.1% | -7.6% | 26.3% |
| 4/22/2021 | -7.5% | 17.9% | -2.6% | -5.1% | 2.7% | -4.5% | -3.6% | -70.6% | 143.6% | 14.0% | 21.7% | 86.8% | -12.2% | 22.6% |
| 4/23/2021 | -2.2% | -5.0% | -2.3% | 0.9% | 3.1% | 8.7% | -5.2% | -72.8% | 138.6% | 11.6% | 22.6% | 89.9% | -3.5% | 17.4% |
| 4/24/2021 | -7.6% | 9.7% | -10.8% | -5.3% | 10.1% | -10.8% | | -80.4% | 148.3% | 0.8% | 17.3% | 100.0% | -14.2% | 17.4% |
| 4/25/2021 | -1.1% | 15.1% | 2.8% | -0.9% | 12.6% | 1.4% | | -81.5% | 163.3% | 3.7% | 16.3% | 112.6% | -12.8% | 17.4% |
| 4/26/2021 | 20.6% | -7.4% | 11.6% | 12.1% | -0.2% | 16.8% | 6.0% | -60.9% | 155.9% | 15.2% | 28.4% | 112.3% | 4.0% | 23.4% |
| 4/27/2021 | 5.0% | -1.7% | 3.8% | 6.3% | 0.6% | 4.3% | 2.8% | -55.9% | 154.2% | 19.0% | 34.7% | 112.9% | 8.4% | 26.2% |
| 4/28/2021 | 1.8% | 3.6% | -2.1% | 2.3% | -5.2% | -0.4% | 1.7% | -54.1% | 157.8% | 16.9% | 37.0% | 107.7% | 8.0% | 27.9% |
| 4/29/2021 | -1.4% | -5.4% | 5.7% | -2.3% | -3.5% | -3.7% | -3.3% | -55.5% | 152.4% | 22.6% | 34.7% | 104.2% | 4.3% | 24.6% |
| 4/30/2021 | 16.4% | 1.2% | 1.6% | 3.0% | 2.7% | 2.7% | 6.5% | -39.1% | 153.6% | 24.2% | 37.7% | 106.9% | 7.0% | 31.1% |
| 5/1/2021 | -3.2% | 14.2% | 1.1% | 0.0% | -0.9% | 4.7% | | -42.3% | 167.8% | 25.2% | 37.7% | 106.0% | 11.7% | 31.1% |
| 5/2/2021 | -1.9% | -5.4% | -0.8% | -1.5% | 3.6% | -3.1% | | -44.1% | 162.3% | 24.5% | 36.2% | 109.6% | 8.6% | 31.1% |
| 5/3/2021 | 13.8% | -2.1% | 1.7% | 2.2% | 0.8% | -0.6% | 4.9% | -30.3% | 160.2% | 26.1% | 38.5% | 110.4% | 8.0% | 36.0% |
| 5/4/2021 | -16.8% | -7.2% | -6.7% | -6.8% | -5.6% | -8.8% | -3.4% | -47.2% | 153.0% | 19.5% | 31.6% | 104.8% | -0.8% | 32.6% |
| 5/5/2021 | 15.0% | 5.0% | 15.0% | 15.3% | 4.1% | 16.3% | 5.1% | -32.2% | 158.0% | 34.5% | 46.9% | 108.9% | 15.5% | 37.7% |
| 5/6/2021 | 7.4% | -3.3% | 2.5% | 10.9% | -1.5% | 3.1% | -0.1% | -24.8% | 154.7% | 37.0% | 57.8% | 107.4% | 18.6% | 37.7% |
| 5/7/2021 | 0.2% | -0.7% | -3.9% | 0.0% | -1.1% | 11.9% | 1.7% | -24.6% | 154.0% | 33.1% | 57.8% | 106.2% | 30.5% | 39.4% |