# EXHIBIT 9

**Exhibit 2**
**Regression Output for Event Study Estimated Over Sep 23, 2020 - Feb 5, 2021**

SUMMARY OUTPUT

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.584819703 |
| R Square | 0.342014084 |
| Adjusted R Square | 0.328161749 |
| Standard Error | 0.066165295 |
| Observations | 98 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 2 | 0.216178005 | 0.108089003 | 24.68999507 | 2.31893E-09 |
| Residual | 95 | 0.415895395 | 0.004377846 | | |
| Total | 97 | 0.632073401 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | 0.004210317 | 0.007012896 | 0.600367808 | 0.549690685 | -0.009712042 | 0.018132676 | -0.009712042 | 0.018132676 |
| S&P CYPTO BDM Return | -0.415565885 | 0.216674471 | -1.917927311 | 0.058123637 | -0.845719095 | 0.014587325 | -0.845719095 | 0.014587325 |
| Peer Index Return | 0.80139635 | 0.12723992 | 6.298309111 | 9.30911E-09 | 0.548793171 | 1.05399953 | 0.548793171 | 1.05399953 |