# EXHIBIT 10

**Exhibit 3**
**AVAX Abnormal Returns and Cumulative Abnormal Returns**

| Dates | AVAX Return | S&P CYPTO BDM Return | Peer Index Return | Predicted Return | Significance | Cumulative Return | Significance |
|---|---|---|---|---|---|---|---|
| 17-Feb-21 | 1.9% | 6.6% | 3.5% | 0.5% |  | 1.4% |  |
| 18-Feb-21 | 10.2% | 1.4% | -0.3% | -0.4% |  | 12.0% |  |
| 19-Feb-21 | -5.7% | 6.1% | 6.0% | 2.7% |  | 3.6% |  |
| 22-Feb-21 | -18.3% | -4.1% | 11.6% | 11.5% | * | -26.1% | * |
| 23-Feb-21 | -15.8% | -12.8% | -10.3% | -2.5% | * | -39.4% | * |
| 24-Feb-21 | 8.3% | 3.4% | 3.8% | 2.0% |  | -33.2% | * |
| 25-Feb-21 | -11.3% | 0.0% | -4.1% | -2.8% |  | -41.7% | * |
| 26-Feb-21 | -3.0% | -5.9% | 7.2% | 8.7% |  | -53.4% | * |
| 1-Mar-21 | 5.5% | 5.0% | 7.6% | 4.4% |  | -52.3% | * |
| 2-Mar-21 | -1.0% | -2.2% | -2.1% | -0.3% |  | -52.9% | * |
| 3-Mar-21 | 0.5% | 6.1% | 1.7% | -0.8% |  | -51.7% | * |
| 4-Mar-21 | -5.5% | -4.4% | -7.1% | -3.5% |  | -53.7% | * |
| 5-Mar-21 | -5.7% | 1.9% | 0.9% | 0.3% |  | -59.8% | * |
| 8-Mar-21 | 4.7% | 5.9% | 0.5% | -1.7% |  | -53.4% | * |
| 9-Mar-21 | 29.3% | 5.1% | 8.6% | 5.2% | * | -29.3% |  |
| 10-Mar-21 | -14.2% | 1.5% | -3.8% | -3.2% |  | -40.3% |  |
| 11-Mar-21 | 3.4% | 2.3% | -1.2% | -1.5% |  | -35.4% |  |
| 12-Mar-21 | -9.3% | -2.5% | -3.2% | -1.1% |  | -43.6% |  |
| 15-Mar-21 | 3.6% | 0.6% | -0.9% | -0.5% |  | -39.5% |  |
| 16-Mar-21 | 13.1% | -0.7% | 11.0% | 9.5% |  | -35.9% |  |
| 17-Mar-21 | -1.3% | 3.8% | 5.2% | 3.1% |  | -40.2% |  |
| 18-Mar-21 | 2.0% | -1.7% | -5.0% | -2.9% |  | -35.4% |  |
| 19-Mar-21 | 12.6% | 3.5% | 5.3% | 3.3% |  | -26.1% |  |
| 22-Mar-21 | -25.2% | -5.5% | -10.4% | -5.7% | * | -45.6% |  |
| 23-Mar-21 | -2.7% | -1.1% | -2.3% | -1.0% |  | -47.2% |  |
| 24-Mar-21 | -9.3% | -1.6% | -7.0% | -4.5% |  | -52.0% |  |
| 25-Mar-21 | -0.2% | -3.9% | -0.2% | 1.9% |  | -54.1% |  |
| 26-Mar-21 | 8.3% | 3.7% | 10.1% | 7.0% |  | -52.9% |  |
| 29-Mar-21 | 4.3% | 7.0% | 2.6% | -0.4% |  | -48.2% |  |
| 30-Mar-21 | 0.5% | 2.5% | 0.0% | -0.6% |  | -47.1% |  |
| 31-Mar-21 | -3.1% | -0.5% | 2.3% | 2.4% |  | -52.6% |  |
| 1-Apr-21 | -1.1% | 1.8% | 0.6% | 0.1% |  | -53.8% |  |
| 2-Apr-21 | 2.4% | 1.0% | 4.3% | 3.5% |  | -54.8% |  |
| 5-Apr-21 | 7.1% | 2.1% | 5.5% | 4.0% |  | -51.7% |  |
| 6-Apr-21 | 1.0% | -0.4% | -0.3% | 0.3% |  | -51.1% |  |
| 7-Apr-21 | -6.8% | -5.2% | -7.0% | -3.0% |  | -54.8% |  |
| 8-Apr-21 | 4.3% | 4.1% | 3.6% | 1.6% |  | -52.2% |  |
| 9-Apr-21 | 2.5% | 1.3% | -0.8% | -0.8% |  | -49.0% |  |
| 12-Apr-21 | 7.2% | 4.0% | 3.6% | 1.6% |  | -43.4% |  |
| 13-Apr-21 | -0.6% | 4.8% | 5.6% | 2.9% |  | -47.0% |  |
| 14-Apr-21 | 13.3% | -1.3% | 1.5% | 2.2% |  | -35.9% |  |
| 15-Apr-21 | -3.5% | 4.0% | 2.5% | 0.7% |  | -40.1% |  |
| 16-Apr-21 | -4.2% | -1.7% | -5.1% | -2.9% |  | -41.3% |  |
| 19-Apr-21 | -30.4% | -10.2% | -14.3% | -6.8% | * | -64.9% |  |
| 20-Apr-21 | 4.0% | 2.8% | 3.4% | 2.0% |  | -62.9% |  |
| 21-Apr-21 | -5.4% | -0.6% | -4.0% | -2.5% |  | -65.9% |  |
| 22-Apr-21 | -7.5% | -3.6% | -1.2% | 1.0% |  | -74.3% |  |
| 23-Apr-21 | -2.2% | -5.2% | -0.4% | 2.2% |  | -78.8% |  |
| 26-Apr-21 | 11.9% | 6.0% | 7.7% | 4.1% |  | -71.0% |  |
| 27-Apr-21 | 5.0% | 2.8% | 4.0% | 2.4% |  | -68.5% |  |

**Exhibit 3**
**AVAX Abnormal Returns and Cumulative Abnormal Returns**

| Dates | AVAX Return | S&P CYPTO BDM Return | Peer Index Return | Predicted Return | Significance | Cumulative Return | Significance |
|---|---|---|---|---|---|---|---|
| 28-Apr-21 | 1.8% | 1.7% | 0.3% | 0.0% |  | -66.6% |  |
| 29-Apr-21 | -1.4% | -3.3% | -0.1% | 1.7% |  | -69.7% |  |
| 30-Apr-21 | 16.4% | 6.5% | 2.3% | -0.5% | * | -52.9% |  |
| 3-May-21 | 8.7% | 4.9% | 2.0% | 0.0% |  | -44.1% |  |
| 4-May-21 | -16.8% | -3.4% | -6.8% | -3.6% | * | -57.3% |  |
| 5-May-21 | 15.0% | 5.1% | 13.3% | 9.0% |  | -51.3% |  |
| 6-May-21 | 7.4% | -0.1% | 5.4% | 4.8% |  | -48.7% |  |
| 7-May-21 | 0.2% | 1.7% | -0.8% | -1.0% |  | -47.5% |  |
| 10-May-21 | -9.2% | -0.4% | -4.1% | -2.7% |  | -54.1% |  |
| 11-May-21 | 5.9% | 2.8% | 6.0% | 4.0% |  | -52.2% |  |
| 12-May-21 | -14.0% | -2.8% | -12.0% | -8.1% |  | -58.1% |  |
| 13-May-21 | 8.8% | -11.1% | 16.1% | 18.0% |  | -67.2% |  |
| 14-May-21 | 5.5% | 6.4% | 8.5% | 4.6% |  | -66.3% |  |
| 17-May-21 | -9.3% | -12.8% | -6.3% | 0.7% |  | -76.3% |  |
| 18-May-21 | 9.0% | -0.5% | 3.1% | 3.1% |  | -70.5% |  |
| 19-May-21 | -45.4% | -18.6% | -38.5% | -22.7% | * | -93.2% |  |
| 20-May-21 | 7.5% | 3.5% | 18.6% | 13.8% |  | -99.5% |  |
| 21-May-21 | -14.5% | -14.5% | -16.4% | -6.7% |  | -107.3% | * |
| 24-May-21 | -11.6% | 9.1% | -4.2% | -6.7% |  | -112.2% | * |
| 25-May-21 | 0.2% | -5.7% | -1.3% | 1.7% |  | -113.7% | * |
| 26-May-21 | 7.2% | 6.7% | 12.6% | 7.8% |  | -114.2% | * |
| 27-May-21 | -9.6% | 0.8% | -6.2% | -4.9% |  | -118.9% | * |
| 28-May-21 | -12.7% | -8.9% | -10.1% | -4.0% |  | -127.7% | * |
| 31-May-21 | 8.2% | 3.4% | 12.5% | 9.0% |  | -128.5% | * |
| 1-Jun-21 | -2.2% | -2.0% | -1.7% | -0.1% |  | -130.5% | * |
| 2-Jun-21 | 5.0% | 6.7% | 5.2% | 1.8% |  | -127.4% | * |
| 3-Jun-21 | 8.0% | 1.7% | 6.2% | 4.7% |  | -124.0% | * |
| 4-Jun-21 | -10.3% | -4.9% | -7.6% | -3.6% |  | -130.7% | * |
| 7-Jun-21 | -16.2% | -1.8% | -9.4% | -6.4% |  | -140.5% | * |
| 8-Jun-21 | -4.3% | -8.7% | 2.3% | 5.9% |  | -150.7% | * |
| 9-Jun-21 | 3.4% | 6.8% | 3.0% | 0.0% |  | -147.3% | * |
| 10-Jun-21 | -8.2% | -1.1% | -4.3% | -2.6% |  | -152.9% | * |
| 11-Jun-21 | -5.5% | -0.4% | -7.5% | -5.4% |  | -153.0% | * |
| 14-Jun-21 | 10.9% | 6.0% | 8.0% | 4.3% |  | -146.4% | * |
| 15-Jun-21 | 1.4% | 0.4% | 4.6% | 4.0% |  | -149.0% | * |
| 16-Jun-21 | -7.6% | -3.5% | -6.9% | -3.7% |  | -152.9% | * |
| 17-Jun-21 | 5.3% | -2.5% | -0.6% | 1.0% |  | -148.6% | * |
| 18-Jun-21 | -8.4% | -7.1% | -4.9% | -0.5% |  | -156.6% | * |
| 21-Jun-21 | -19.5% | -9.7% | -23.3% | -14.3% |  | -161.8% | * |
| 22-Jun-21 | -6.3% | -3.3% | -3.5% | -1.0% |  | -167.1% | * |
| 23-Jun-21 | 6.1% | 1.9% | 9.2% | 7.0% |  | -168.1% | * |
| 24-Jun-21 | 2.6% | 6.6% | 5.8% | 2.3% |  | -167.9% | * |
| 25-Jun-21 | -11.1% | -8.0% | -8.7% | -3.2% |  | -175.8% | * |
| 28-Jun-21 | 9.5% | 8.0% | 7.1% | 2.8% |  | -169.1% | * |
| 29-Jun-21 | 4.8% | 5.6% | 3.7% | 1.1% |  | -165.3% | * |
| 30-Jun-21 | 0.9% | -2.9% | 1.7% | 3.0% |  | -167.4% | * |
| 1-Jul-21 | -6.3% | -5.2% | -4.6% | -1.1% |  | -172.6% | * |
| 2-Jul-21 | -0.9% | 0.6% | 2.6% | 2.3% |  | -175.7% | * |
| 5-Jul-21 | 7.8% | 3.8% | 0.6% | -0.7% |  | -167.3% | * |
| 6-Jul-21 | 10.5% | 1.2% | 2.6% | 2.0% |  | -158.8% | * |

**Exhibit 3**
**AVAX Abnormal Returns and Cumulative Abnormal Returns**

| Dates | AVAX Return | S&P CYPTO BDM Return | Peer Index Return | Predicted Return | Significance | Cumulative Return | Significance |
|---|---|---|---|---|---|---|---|
| 7-Jul-21 | -2.0% | 2.3% | 1.1% | 0.4% |  | -161.2% | * |
| 8-Jul-21 | -7.7% | -6.3% | -6.7% | -2.4% |  | -166.6% | * |
| 9-Jul-21 | 3.4% | 0.4% | 2.5% | 2.3% |  | -165.5% | * |
| 12-Jul-21 | -2.8% | -3.1% | -3.4% | -1.1% |  | -167.2% | * |
| 13-Jul-21 | -2.3% | -2.5% | -4.7% | -2.3% |  | -167.3% | * |
| 14-Jul-21 | -1.0% | 1.4% | -0.4% | -0.5% |  | -167.8% | * |
| 15-Jul-21 | -3.8% | -3.3% | -4.5% | -1.8% |  | -169.8% | * |
| 16-Jul-21 | -4.4% | 0.1% | -5.1% | -3.7% |  | -170.5% | * |
| 19-Jul-21 | -6.6% | -4.9% | -5.4% | -1.9% |  | -175.2% | * |
| 20-Jul-21 | -5.2% | -3.2% | -4.8% | -2.1% |  | -178.3% | * |
| 21-Jul-21 | 7.7% | 6.5% | 10.6% | 6.2% |  | -176.8% | * |
| 22-Jul-21 | 3.9% | 3.6% | 3.6% | 1.8% |  | -174.8% | * |
| 23-Jul-21 | 2.5% | -0.8% | 2.1% | 2.4% |  | -174.8% | * |
| 26-Jul-21 | 3.5% | 18.6% | 3.5% | -4.5% |  | -166.8% | * |
| 27-Jul-21 | 3.7% | -5.5% | 2.2% | 4.4% |  | -167.6% | * |
| 28-Jul-21 | 2.8% | 5.3% | 1.0% | -1.0% |  | -163.8% | * |
| 29-Jul-21 | 1.3% | -0.8% | 2.4% | 2.7% |  | -165.1% | * |
| 30-Jul-21 | 4.6% | 0.9% | 2.6% | 2.1% |  | -162.7% | * |
| 2-Aug-21 | 0.1% | 2.4% | 4.1% | 2.7% |  | -165.3% | * |
| 3-Aug-21 | -3.8% | -3.0% | 3.1% | 4.1% |  | -173.2% | * |
| 4-Aug-21 | 8.8% | 5.4% | 3.3% | 0.8% |  | -165.3% | * |
| 5-Aug-21 | 1.1% | 2.5% | 1.0% | 0.2% |  | -164.3% | * |
| 6-Aug-21 | 6.3% | 4.8% | 2.7% | 0.6% |  | -158.6% | * |
| 9-Aug-21 | 9.7% | 6.3% | 2.8% | 0.0% |  | -149.0% | * |
| 10-Aug-21 | 1.3% | 0.0% | 8.6% | 7.3% |  | -154.9% | * |
| 11-Aug-21 | 1.8% | 4.0% | 5.6% | 3.2% |  | -156.4% | * |
| 12-Aug-21 | -1.1% | -5.2% | -0.5% | 2.2% |  | -159.6% | * |
| 13-Aug-21 | 8.6% | 5.2% | 13.1% | 8.8% |  | -159.8% | * |
| 16-Aug-21 | 6.1% | 1.1% | 5.7% | 4.6% |  | -158.3% | * |
| 17-Aug-21 | 20.4% | -1.7% | -3.3% | -1.5% | * | -136.4% |  |
| 18-Aug-21 | 23.9% | -1.7% | 9.2% | 8.5% | * | -120.9% |  |
| 19-Aug-21 | 2.4% | 4.6% | 9.2% | 5.9% |  | -124.4% |  |
| 20-Aug-21 | 24.6% | 4.0% | 3.4% | 1.4% | * | -101.2% |  |
| 23-Aug-21 | 17.0% | 2.5% | 9.2% | 6.7% |  | -90.9% |  |
| 24-Aug-21 | 17.5% | -2.7% | -7.3% | -4.3% | * | -69.1% |  |
| 25-Aug-21 | -18.2% | 0.5% | 1.4% | 1.3% | * | -88.6% |  |
| 26-Aug-21 | -10.7% | -4.1% | -6.2% | -2.8% |  | -96.6% |  |
| 27-Aug-21 | 19.0% | 4.0% | 14.4% | 10.3% |  | -87.8% |  |
| 30-Aug-21 | -19.2% | 1.8% | 0.0% | -0.4% | * | -106.7% |  |
| 31-Aug-21 | -4.6% | -1.1% | 3.3% | 3.5% |  | -114.8% |  |
| 1-Sep-21 | 6.0% | 3.8% | 3.6% | 1.7% |  | -110.5% |  |
| 2-Sep-21 | 13.0% | 2.4% | 3.8% | 2.5% |  | -99.9% |  |
| 3-Sep-21 | -4.0% | 3.0% | 3.8% | 2.2% |  | -106.1% |  |
| 17-Sep-21 | 3.0% | -8.9% | -4.6% | 0.4% |  | -64.3% |  |
| 20-Sep-21 | -21.0% | -9.1% | -13.3% | -6.5% | * | -78.9% |  |
| 21-Sep-21 | 4.0% | -4.5% | -5.4% | -2.0% |  | -72.8% |  |
| 22-Sep-21 | 22.9% | 4.7% | 17.1% | 12.2% |  | -62.1% |  |
| 23-Sep-21 | 3.0% | 3.6% | 3.4% | 1.6% |  | -60.7% |  |
| 24-Sep-21 | -5.4% | -5.9% | -3.2% | 0.4% |  | -66.5% |  |
| 27-Sep-21 | -8.5% | 0.4% | -6.6% | -5.0% |  | -70.0% |  |

**Exhibit 3**
**AVAX Abnormal Returns and Cumulative Abnormal Returns**

| Dates | AVAX Return | S&P CYPTO BDM Return | Peer Index Return | Predicted Return | Significance | Cumulative Return | Significance |
|---|---|---|---|---|---|---|---|
| 28-Sep-21 | -7.8% | -4.3% | -5.5% | -2.2% | | -75.6% | |
| 29-Sep-21 | 6.3% | -0.5% | 2.3% | 2.5% | | -71.8% | |
| 30-Sep-21 | 1.9% | 5.1% | 4.1% | 1.6% | | -71.5% | |
| 1-Oct-21 | 1.2% | 9.8% | 8.5% | 3.2% | | -73.5% | |
| 4-Oct-21 | -3.6% | 2.4% | 1.0% | 0.2% | | -77.3% | |
| 5-Oct-21 | -0.8% | 2.2% | 0.0% | -0.5% | | -77.6% | |
| 6-Oct-21 | -7.3% | 4.1% | -2.4% | -3.2% | | -81.7% | |
| 7-Oct-21 | 2.3% | -0.6% | 3.5% | 3.4% | | -82.8% | |
| 8-Oct-21 | -1.6% | 1.1% | -1.2% | -1.0% | | -83.4% | |
| 11-Oct-21 | -9.0% | 0.6% | -4.6% | -3.5% | | -88.9% | |
| 12-Oct-21 | -1.7% | -2.6% | 0.8% | 2.1% | | -92.8% | |
| 13-Oct-21 | 1.4% | 3.1% | 4.1% | 2.4% | | -93.7% | |
| 14-Oct-21 | 1.7% | 2.4% | -0.6% | -1.0% | | -91.1% | |
| 15-Oct-21 | 0.3% | 3.8% | 4.0% | 2.1% | | -92.8% | |
| 18-Oct-21 | -1.4% | -1.8% | -3.8% | -1.9% | | -92.3% | |
| 19-Oct-21 | 2.4% | 3.5% | 0.4% | -0.7% | | -89.2% | |
| 20-Oct-21 | 4.7% | 4.5% | 7.3% | 4.4% | | -88.9% | |
| 21-Oct-21 | 2.9% | -3.5% | 0.1% | 2.0% | | -88.0% | |
| 22-Oct-21 | 6.5% | -1.7% | 1.9% | 2.7% | | -84.1% | |
| 25-Oct-21 | 6.4% | 3.2% | 2.4% | 1.0% | | -78.7% | |
| 26-Oct-21 | -1.4% | 0.1% | -0.3% | 0.2% | | -80.2% | |
| 27-Oct-21 | -11.3% | -6.1% | -10.3% | -5.4% | | -86.2% | |
| 28-Oct-21 | 4.6% | 4.3% | 4.8% | 2.5% | | -84.0% | |
| 29-Oct-21 | 0.5% | 2.3% | 3.0% | 1.8% | | -85.3% | |
| 1-Nov-21 | 0.5% | -0.5% | 1.9% | 2.1% | | -87.0% | |
| 2-Nov-21 | 3.8% | 3.5% | 3.7% | 1.9% | | -85.1% | |
| 3-Nov-21 | 11.0% | 0.5% | 6.1% | 5.1% | | -79.3% | |
| 4-Nov-21 | 5.0% | -2.5% | 0.2% | 1.6% | | -75.9% | |
| 5-Nov-21 | -6.4% | 0.4% | -2.7% | -1.9% | | -80.4% | |
| 8-Nov-21 | 20.4% | 6.3% | 5.0% | 1.8% | * | -61.8% | |
| 9-Nov-21 | -3.0% | 1.7% | -0.9% | -1.0% | | -63.9% | |
| 10-Nov-21 | -3.6% | -3.0% | -5.7% | -2.9% | | -64.6% | |
| 11-Nov-21 | 3.2% | 0.4% | 0.8% | 0.9% | | -62.2% | |
| 12-Nov-21 | -3.9% | -1.1% | -2.6% | -1.2% | | -64.9% | |
| 15-Nov-21 | 9.9% | -0.9% | -0.1% | 0.7% | | -55.7% | |
| 16-Nov-21 | 4.6% | -7.6% | -8.2% | -3.0% | | -48.1% | |
| 17-Nov-21 | 9.6% | 1.3% | 0.9% | 0.6% | | -39.1% | |
| 18-Nov-21 | -7.3% | -4.6% | -8.2% | -4.3% | | -42.1% | |
| 19-Nov-21 | 11.1% | 2.2% | 6.3% | 4.5% | | -35.6% | |
| 22-Nov-21 | 18.3% | -3.4% | -2.1% | 0.1% | * | -17.4% | |
| 23-Nov-21 | -8.3% | 4.7% | 1.5% | -0.3% | | -25.3% | |
| 24-Nov-21 | -3.0% | -1.9% | -3.4% | -1.5% | | -26.8% | |
| 25-Nov-21 | 2.0% | 3.7% | -3.1% | -3.5% | | -21.2% | |
| 26-Nov-21 | -16.7% | -7.8% | -7.5% | -2.3% | * | -35.5% | |
| 29-Nov-21 | 14.7% | 5.5% | 7.9% | 4.4% | | -25.3% | |
| 30-Nov-21 | 0.1% | 0.9% | 1.9% | 1.6% | | -26.8% | |
| 1-Dec-21 | -0.5% | -0.8% | 3.7% | 3.7% | | -31.0% | |
| 2-Dec-21 | -10.4% | 0.5% | 3.7% | 3.2% | * | -44.6% | |
| 3-Dec-21 | 0.2% | -6.5% | -7.7% | -3.0% | | -41.3% | |
| 6-Dec-21 | -14.7% | -8.3% | -8.7% | -3.1% | | -53.0% | |

**Exhibit 3**
**AVAX Abnormal Returns and Cumulative Abnormal Returns**

| Dates | AVAX Return | S&P CYPTO BDM Return | Peer Index Return | Predicted Return | Significance | Cumulative Return | Significance |
|---|---|---|---|---|---|---|---|
| 7-Dec-21 | -3.7% | 2.9% | 0.1% | -0.7% | | -55.9% | |
| 8-Dec-21 | 3.6% | 1.7% | 2.2% | 1.5% | | -53.8% | |
| 9-Dec-21 | -8.7% | -6.6% | -8.9% | -4.0% | | -58.5% | |
| 10-Dec-21 | -5.7% | 0.1% | -6.2% | -4.6% | | -59.6% | |
| 13-Dec-21 | -2.0% | -5.9% | -4.9% | -1.1% | | -60.6% | |
| 14-Dec-21 | 9.8% | 2.7% | 0.6% | -0.2% | | -50.6% | |
| 15-Dec-21 | 14.7% | 4.7% | 9.2% | 5.8% | | -41.7% | |
| 16-Dec-21 | -2.8% | -1.6% | -1.9% | -0.5% | | -44.0% | |
| 17-Dec-21 | 12.1% | -4.1% | -1.4% | 1.0% | | -33.0% | |
| 20-Dec-21 | 2.1% | 2.7% | 3.8% | 2.3% | | -33.1% | |
| 21-Dec-21 | 8.4% | 2.9% | 4.4% | 2.7% | | -27.5% | |
| 22-Dec-21 | -5.7% | 1.5% | 2.1% | 1.4% | | -34.6% | |
| 23-Dec-21 | 4.0% | 4.0% | 7.8% | 5.0% | | -35.7% | |
| 24-Dec-21 | -5.3% | 0.0% | -1.8% | -1.0% | | -40.0% | |
| 27-Dec-21 | -1.2% | 1.6% | 4.0% | 2.9% | | -44.1% | |
| 28-Dec-21 | -5.8% | -7.4% | -8.6% | -3.4% | | -46.5% | |
| 29-Dec-21 | -4.0% | -1.2% | -3.5% | -1.9% | | -48.6% | |
| 30-Dec-21 | -1.0% | -0.4% | 2.0% | 2.2% | | -51.9% | |
| 31-Dec-21 | 7.0% | -3.0% | -1.5% | 0.4% | | -45.3% | |