# EXHIBIT 11

## Exhibit 4
## Exponential Decline Method

| | Change in Price |
|---|---|
| 17-Feb-21 | 0.71 |
| 18-Feb-21 | 3.97 |
| 19-Feb-21 | -2.27 |
| 22-Feb-21 | -6.47 |

**Average Change in Price**: -1.02

Total Number of Rampdown Days: 10

| | Scenario 1 (Terminal Value 0.1%) | | Scenario 2 (Terminal Value 0.5%) | |
|---|---|---|---|---|
| **Depreciation Rate** | 49.88% | | 41.13% | |
| | Depreciation Rate = 1-Terminal Value^(1/Total No. of Rampdown Days) | | Depreciation Rate = 1-Terminal Value^(1/Total No. of Rampdown Days) | |
| **Dates** | Constant Daily Depreciation | Attributed Price Decline | Constant Daily Depreciation | Attributed Price Decline |
| 23-Feb-21 | 100.00% | $ (1.02) | 100.00% | $ (1.02) |
| 24-Feb-21 | 50.12% | $ (0.51) | 58.87% | $ (0.60) |
| 25-Feb-21 | 25.12% | $ (0.25) | 34.66% | $ (0.35) |
| 26-Feb-21 | 12.59% | $ (0.13) | 20.40% | $ (0.21) |
| 1-Mar-21 | 6.31% | $ (0.06) | 12.01% | $ (0.12) |
| 2-Mar-21 | 3.16% | $ (0.03) | 7.07% | $ (0.07) |
| 3-Mar-21 | 1.58% | $ (0.02) | 4.16% | $ (0.04) |
| 4-Mar-21 | 0.79% | $ (0.01) | 2.45% | $ (0.02) |
| 5-Mar-21 | 0.40% | $ (0.00) | 1.44% | $ (0.01) |
| 8-Mar-21 | 0.20% | $ (0.00) | 0.85% | $ (0.01) |
| 9-Mar-21 | 0.10% | $ (0.00) | 0.50% | $ (0.01) |
| **Total** | | $ (2.03) | | $ (2.46) |

Constant Daily Depreciation = (1-Depreciation Rate)^(Days Since Event)

Attributed Price Decline = Average Change in Price*Constant Daily Depreciation