UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-CIV-22280 BLOOM/OTAZO-REYES

EMIN GÜN SIRER,

    Plaintiff,

v.

EMRE AKSOY,

    Defendant.

_____/

**PLAINTIFF'S MOTION TO FILE PLAINTIFF'S
PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW UNDER SEAL**

In accordance with Local Rule 5.4(b), Plaintiff respectfully requests to file Plaintiff's Proposed Findings of Fact and Conclusions of Law and related exhibits under seal.[1] Portions of Plaintiff's submission contain sensitive information regarding Plaintiff's personal finances.

Plaintiff has previously moved the Court to submit portions of Plaintiff's Motion for Default Judgment containing sensitive personal information under seal, ECF No. 63, and the Court granted Plaintiff's motion. ECF No. 65. At the February 13, 2023 evidentiary hearing held in this matter, the Court also granted Plaintiff's motion to submit portions of Plaintiff's testimony regarding his personal finances under seal.

Certain portions of Plaintiff's Proposed Findings of Fact and Conclusions of Law and related exhibits contain the same information that was the subject of Plaintiff's prior motions to seal. The instant motion requests that the Court grant same relief previously granted with regard to that information, on the grounds that the disclosure of such information would expose Plaintiff to risk of economic harm and represent an unnecessary intrusion on his individual privacy rights. *See Carraway v. BBC Sys., Inc.*, No. 618CV1413ORL37GJK, 2018 WL 7267876, at *2 (M.D.

---

[1] In accordance with Local Rule 5(b)(1), Plaintiff seeks to maintain the submission under seal indefinitely.

Fla. Oct. 30, 2018) (ordering redaction of court filings to prevent exposure of private financial information to the public).

Accordingly, Plaintiff respectfully requests leave to file select portions of the Plaintiff's Proposed Findings of Fact and Conclusions of Law and related exhibits, in unredacted form, under seal to avoid disclosure of Plaintiff's personal financial information.

A proposed order is attached hereto as Exhibit A.

Dated: March 15, 2023

                                                Justin Sher (*pro hac vice*)
                                                Justin Gunnell (*pro hac vice*)
                                                Wesley Erdelack (*pro hac vice*)
                                                **SHER TREMONTE LLP**
                                                90 Broad St., 23rd Floor
                                                New York, NY 10004
                                                Tel: (212) 202-2600
                                                Email: jsher@shertremonte.com
                                                Email: jgunnell@shertremonte.com
                                                Email: werdelack@shertremonte.com

                                                /s/ *Matthew P. Leto*
                                                Matthew Leto
                                                Fla. Bar ID # 014504
                                                **LETO LAW FIRM**
                                                201 South Biscayne Blvd., Suite 2700
                                                Miami, FL 33131
                                                Tel: (305) 341-3155
                                                Fax: (305) 397-1168
                                                Email: mleto@letolawfirm.com

                                                *Counsel for Plaintiff Emin Gün Sirer*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 15, 2023, a true and correct copy of the foregoing was filed with CM/ECF, which caused a copy to be served on all counsel of record.

*/s/Matthew P. Leto*
Matthew Leto