UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22280-BLOOM/Otazo-Reyes

EMIN GÜN SIRER,

    Plaintiff,

v.

EMRE AKSOY,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court on an evidentiary hearing on damages on February 13, 2023 where Plaintiff appeared with counsel and presented testimony and trial exhibits. ECF No. [96]. Neither Defendant nor counsel for Defendant appeared. *Id.* The Court has previously entered an order granting Plaintiff's Motion for Default Judgment as to Defendant's liability. ECF No. [67]. Accordingly, it is **ORDERED AND ADJUDGED** as follows.

1. As adjudged in the Court's Order on Motion for Default Final Judgment, ECF No. [67], the Court finds in favor of Plaintiff on Count I, Defamation.

2. Plaintiff Emin Gün Sirer is entitled to judgment in his favor against Defendant Emre Aksoy in the amount of **$3,081,681.76**, consisting of $750,000.00 in general damages, $300,000.00 in special damages, $31,681.76 in prejudgment interest, and $2,000,000.00 in punitive damages.

3. The Court reserves jurisdiction to award attorneys' fees and costs.

4. Post-judgment interest shall accrue on this Judgment pursuant to 28 U.S.C. § 1961.

5. The Clerk of Court is directed to mark this case **CLOSED**.

Case No. 21-cv-22280-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 28, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record